**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA    3423-0
*khiraoka@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawaiʻi  96813-3917
Telephone: (808) 538-7500

Guardian *ad Litem* for Defendant
MARK DAVIS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) | **CV04-00418  ACK  BMK** |
| Plaintiff, | ) ) ) | **WITHDRAWAL WITHOUT PREJUDICE** OF MOTION TO WITHDRAW AS GUARDIAN *AD LITEM* AND COUNSEL FOR DEFENDANT MARK DAVIS, JR.; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| MARK DANIEL DAVIS, *et al.,* | ) ) | |
| Defendants. | ) ) | Date:    January 27, 2006<br>Time:    2:00 p.m.<br>Judge:   Barry M. Kurren |

99-196  *M.Withdraw.withdrawal.wpd*

### WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO WITHDRAW AS GUARDIAN *AD LITEM* AND COUNSEL FOR DEFENDANT MARK DAVIS, JR.

KEITH K. HIRAOKA withdraws, without prejudice, his motion to with-

draw as guardian *ad litem* and counsel of record for Defendant MARK DAVIS,

JR., filed on December 28, 2005.  The motion was set for hearing at 2:00 p.m. on January 27, 2006, before the Honorable Barry M. Kurren.

Dated: Honolulu, Hawai'i, January 5, 2006.

/s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney for Defendant
MARK DAVIS, JR.