# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| Richard B. Miller | rmiller@tpm-hawaii.com | January 5, 2006 |
| Patricia Kehau Wall | kwall@tpm-hawaii.com | January 5, 2006 |

**Served by First Class Mail:**

JOY A. SAN BUENAVENTURA                               January 5, 2006
101 Aupuni Street, Suite 311
Hilo, HI  96720

**Served by hand-delivery:**

N/A

   Dated: Honolulu, Hawai'i, January 5, 2006.


                               /s/ Keith K. Hiraoka
                               KEITH K. HIRAOKA
                               Attorney and Guardian *ad Litem*
                               for Defendant
                               MARK DAVIS, JR.