**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

KEITH K. HIRAOKA    3423-0
*khiraoka@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawaiʻi  96813-3917
Telephone: (808) 538-7500

Guardian *ad Litem* for Defendant
MARK DAVIS, JR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) | **CV04-00418  ACK  BMK** |
| Plaintiff, | ) ) ) | **WITHDRAWAL WITHOUT PREJUDICE** OF MOTION TO CONTINUE HEARING ON |
| vs. | ) ) ) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE |
| MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor, | ) ) ) ) | Date:      January 27, 2006 Time:      2:00 p.m. Judge:     Barry M. Kurren |
| Defendants. | ) ) | |

99-196  *M.cont MSJ.withdrawal.wpd*

## WITHDRAWAL WITHOUT PREJUDICE
## OF MOTION TO CONTINUE HEARING ON
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

KEITH K. HIRAOKA withdraws, without prejudice, his motion to continue

the hearing on Plaintiff's motion for summary judgment, filed on December 28,

2005.  The motion was set for hearing at 2:00 p.m. on January 27, 2006, before the

Honorable Barry M. Kurren.

Dated: Honolulu, Hawaiʻi, January 5, 2006.

/s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney for Defendant
MARK DAVIS, JR.