JOY A. SAN BUENAVENTURA 3602
Attorney At Law
A Law Corporation
101 Aupuni Street, Suite 311
Hilo, Hawaii 96720
Telephone: (808) 961-2131

Attorney for George and Tumata Tadeo

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE,<br><br>  Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS, et al.<br><br>  Defendants. | CIVIL NO. 04-CV-418<br><br>CERTIFICATE OF SERVICE.<br><br>Date: January 30, 2005<br>Time: 10:30 a.m.<br>Judge: Hnr. Alan C. Kay |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2006, a true and correct copy of Intervenors' Memorandum in Opposition to Plaintiff's Motion for Summary Judgment was duly served upon the following by delivering in the following manner at their last known address:

***Served Electronically Through CM/ECF***

Richard B. Miller    rmiller@tmp-hawaii.com    on January 11, 2006
Keith K. Hiraoka    khiraoka@rlhlaw.com    on January 11, 2006.

1

**Served by U.S. Mail to**

Ellen Pearl Davis
PO Box 38754
Detroit, MI 48238               on January 12, 2006

    DATED: Hilo, Hawaii, January 12, 2006.

                                          JOY A. SAN BUENAVENTURA