000097

Kauilani LUCAS-TADEO        09-27-2001              G-82264
Opihi Street                Det. A. BURIAN                PN
Hawaiian Beaches                                      MURDER
Pahoa, Hawaii

PAGE 6 OF 16 PAGES

    For additional details in regard to observations and activities at this search warrant, refer to the supplementary report submitted by the respective officers.

### MARK DAVIS JR. TRANSPORTED

    09-29-2001: 1430 Hrs.: Detective Duane RAPOZA and I transported Mark DAVIS Jr. from Opae Street in the Hawaiian Beaches area to the Hilo Medical Center in order to begin service of the search warrant on DAVIS' body. Prior to this, Lieutenant PACHECO had made contact with Central Dispatch and requested the SANE nurse be contacted in order to conduct this examination.

### HILO MEDICAL CENTER

    Detective RAPOZA, Mark DAVIS Jr., and I arrived at the Hilo Medical Center on 09-29-2001 at 1448 hours. After arrival, we were contacted by Nurse Examiner Evelyn DURANT who indicated that she would be conducting the examination and evidence collection.

### OFFICER'S OBSERVATIONS

    Upon arrival at the Hilo Medical Center and throughout the time we were waiting for DURANT, I noted that Mark DAVIS Jr. made no eye contact at all with either myself or Detective Duane RAPOZA and also noted that he appeared to be fidgeting a great deal with his left hand, placing his hand in and out of his left front pants pocket and occasionally looking into that pants pocket.

    During this time, I asked what he had in his pocket and he replied, "Nothing"; therefore, I patted the outside of the pocket and also looked into the pocket and saw a clear Saran wrap-type wrapper. Upon removing this object and feeling additionally, I noted that there was some crumbly material


EXHIBIT C

25781/110

000098

Kauilani LUCAS-TADEO  09-27-2001              G-82264
Opihi Street          Det. A. BURIAN               PN
Hawaiian Beaches                              MURDER
Pahoa, Hawaii

PAGE 7 OF 16 PAGES

toward the mid and bottom of the pocket and this was recovered and appeared to be suspected marijuana.

EXAMINATION

09-29-2001: 1508 Hrs. The examination of Mark DAVIS Jr. was initiated at the Hilo Medical Center and during the examination, Nurse Examiner Kathy STEVENS also came to the area and assisted DURANT in this examination.

INFORMATION RECEIVED

Upon completion of the examination, Nurse Examiner STEVENS indicated to me that they had taken swabbings from the face of DAVIS as use of the alternate light source indicated that there may be alternate sites. The facial scratches were also documented on DAVIS and she noted that there was also an abdominal scratch on DAVIS. These scratches were checked and determined to be fresh and sustained within approximately the last 72 hours. There was also a scratch on the leg of DAVIS.

She indicated that there was bruising and a nick on DAVIS' penis and there was a piece of green glitter that was observed during the examination on the penis area of DAVIS. This piece of glitter is similar in appearance to that which was also found in the vaginal area of the victim during the examination conducted on her.

There were also a number of orange particles, possibly fibers which were observed in the hair of DAVIS and these also appear to be the same type of fibers that were recovered from the head of the victim during the examination conducted on the victim.

For additional information, refer to the report which has been submitted by the SANE nurses.

25781/110