SECOND FLOOR





## SECOND FLOOR

1. Dry marijuana on a small refrigerator located in the master bedroom.

2. Marijuana joint and a container with marijuana, located on a nightstand in bedroom #3.

3. Bags of marijuana located in a closet in bedroom #3

4. Polaroid pictures and pornographic videos.

5. Pornographic videos in the walk in closet.