000985

```
Kauilani LUCAS-TADEO           09-27-2001           G-82264
15-168 Puni Kahakai Loop       Det. A. BURIAN              PN
Hawaiian Beaches                                        MURDER
Pahoa, Hawaii
```

PAGE 6 OF 11 PAGES

    JOHNSON said that it seemed to be Holly's impression that Mark was present while the girl was killed but that the two other people that she had referred to may have been the ones that were primarily responsible for this.

    JOHNSON also mentioned that before he had been given this flyer by DAVIS, DAVIS had told him about a Japanese girl that they had met who had come over and that they had a "threesome" with her. JOHNSON said that he was almost positive that they were selling pictures of pornography on the Internet.

<u>MARTIN DAIGLE CONTACTED</u>

    11-29-2001: While at JOHNSON's residence, I briefly made contact with his roommate. While making "small talk," I discovered that JOHNSON's current roommate had formerly lived in the DAVIS house; therefore, I asked him if I could sit down with him and ask him more questions in detail.

    Therefore, I made contact and identified:

```
        Martin John DAIGLE, M-48
        DOB:
        SSN:
        Mailing Address:


        Physical Address:


```

His emergency contact is:

```
        Larry DAIGLE (brother)
        Resides In:
        Ph:
```



EXHIBIT E

01793/109

Kauilani LUCAS-TADEO  
15-168 Puni Kahakai Loop  
Hawaiian Beaches  
Pahoa, Hawaii

09-27-2001  
Det. A. BURIAN

G-82264  
PN  
MURDER

PAGE 7 OF 11 PAGES



Other:

    DAIGLE indicated that he lived in the DAVIS residence from about July through August 2001. Said that he had found out about the residence when he had been in Pahoa and had seen an ad on a bulletin board. He said that he needed a place for his boat which he has since sold.

    He said that he had made contact with the DAVISes; and they had rented him the room and the rent was $175 per month.

    He said that he noticed that every Friday or Saturday night, they went to the Kapoho ponds to get involved with the "hippie" girls. He said that he had been invited to go with them and that he felt that they engaged in sexual behavior when they went down there. I asked where the kids would stay when they went down there and he indicated that they took the whole family with them.

    He said that the family was usually all in the room and they always seemed to be on the Internet as when he would pick up the phone, he would always hear the "noise" from the Internet. In addition, he said that it was like he had the whole three-story house to himself because everyone would usually be inside that bedroom. He said he did not know why they were on the Internet. He did know that one time Mark DAVIS Sr. had yelled at his wife because she was supposed to be on the computer.

    He said that he knew that the guy likes "threesomes" and said that he had been told that it was "cool" with his wife as long as she got to watch.

    He said that after he had moved out, he had heard about the body on Opihi Street and had wondered if the DAVISes were involved in that.

01793/109  
1028

```
Kauilani LUCAS-TADEO         09-27-2001              G-82264
15-168 Puni Kahakai Loop     Det. A. BURIAN              PN
Hawaiian Beaches                                      MURDER
Pahoa, Hawaii
```

PAGE 8 OF 11 PAGES

He said that all the DAVIS kids would play with the other kids in the neighborhood.

He said that at one point, Mark DAVIS Sr. had asked him to approach Calvin KOBAYASHI and indicate to him that DAVIS Sr. wanted to open a Harley-Davidson club in Hilo.

DAIGLE indicated that DAVIS Sr. had always talked to him about having a place where guys could come and have women, meaning a sex club and a biker club.

It is his (DAIGLE's) feeling that if DAVIS was involved in this killing, the thing was filmed.

He also mentioned that DAVIS is a licensed gun dealer and that it seemed strange to him that all of the DAVIS children were very aware of what sex is about at a very young age.

DAIGLE indicated that Mark Jr. and the dad Mark Sr. would talk very frankly about sex. I asked what he meant about this and he said that sometimes he would hear DAVIS Sr. say to his son, "Yeah, I'd like to get that little girl," referring to a sexual remark made by the father. He said that the father is definitely a deviant and the wife seems to be really quiet.

He said that the younger kids also run around the house naked and would walk into his room naked.

I asked if he knew what motorcycle club DAVIS was involved with in Detroit and he said that he did not know, but he knew that DAVIS seemed to have a lot of money and did not work.

I asked him about any drug use. DAIGLE indicated that he would smell "weed" on occasion, did not know about any other drug use, but assumed that there was some other drug use.

```
Kauilani LUCAS-TADEO          09-27-2001              G-82264
15-168 Puni Kahakai Loop      Det. A. BURIAN              PN
Hawaiian Beaches                                      MURDER
Pahoa, Hawaii
```

PAGE 9 OF 11 PAGES

He did remember that at one point DAVIS was talking about a girl from Japan coming over and they could make some films with her.

DAIGLE indicated that he did not believe Mark Jr. had done this (the murder); and if so, it is because the dad was there.

It should be noted that both of the interviews with JOHNSON and DAIGLE were tape-recorded with their permission. These tape-recordings have been submitted as a part of this report.

EVIDENCE RECOVERED

The aforementioned recordings have been recovered under this report. Refer to "EPR 114AB" for additional information.

ED FIDDES CONTACTED

12-03-2001: 1100 Hrs.: I was contacted by phone by a party who I previously interviewed and identified as Edward FIDDES. At that time he indicated that he wished to share some information with me that he thought might be important.

He said that this past Friday, 11-30-2001, Mark DAVIS Sr. had invited him into their room. This was to engage in sex with DAVIS and his wife. I asked him how exactly this contact went and he indicated that he had been asked by DAVIS if he wanted to "party." Initially, he thought this might be to smoke "weed" but DAVIS had told him, "No, we wanna get down with you." He (FIDDES) knew that this was an invitation to engage in sexual activity and he declined to participate.

He said the following day, he had been told about a story by another friend of his who at that time he did not wish to identify but said that he would contact this friend and ask