```
Kauilani LUCAS-TADEO          09-27-2001
Hawaiian Beaches                                          G-82264
Pahoa, Hawaii                 Det. D. RAPOZA                 PN
                                                          MURDER
```

PAGE 7 OF 30 PAGES

    Ioelu said that when he was in school today, a boy told him that a black boy with scratches on his face killed Kaui. He said that he thought that the boy's name is Kylan but he was not certain. He said that Kylan is really white, he has spots on his face, and his hands are really red.

    Ioelu stated that when he saw Mark that day when he was riding Mark's bike, Mark had a striped shirt but it was hanging over his shoulders. Ioelu said that his shoes were black, even the shoelaces, and he had long black pants. He did not remember seeing any hat and he knows the boy as Mark.

    At this time the interview was terminated and I told Ioelu, "Thank you." I told him that I would get back to him or if he remembered anything, he was to let his mother know so she could contact me.

    09-28-2001: 1520 Hrs.: Myself and Detective Andrew BURIAN drove to the residence of the party known as Sparky, who is Mark DAVIS, at 15-2685 Opae Street.

    Upon driving into the residence on the red cinder driveway to a three-story house, a somewhat lanky adult male came out onto the balcony of the second floor where Detective BURIAN announced us as police officers and that we would like to talk to Mark, if in fact Mark lived there. The male party, later found to be the father of Mark Jr., brought Mark Jr. for an interview.

    At this time I interviewed the following person:

        Mark DAVIS, M-14
        AKA: Sparky
        DOB: 08-12-87
        Pahoa Intermediate School/Grade 7
        Pahoa, Hawaii

    At this time Detective BURIAN was talking to Mark's brother, Neal DAVIS.

EXHIBIT F

25960/111

Kauilani LUCAS-TADEO
Hawaiian Beaches
Pahoa, Hawaii

09-27-2001
Det. D. RAPOZA

G-82264
PN
MURDER

PAGE 8 OF 30 PAGES

Upon talking to DAVIS Jr., this was in the presence of his father, Mark DAVIS Sr. At this time the observation made by me was that DAVIS Jr. had several scratches on his facial area to include a definite scratch above the left lip area between the nose and the lip on the left portion of the upper lip. There were two scratches below the right eye and I also detected what appeared to be swelling to the under portion of Mark's right eye.

I asked Mark what happened today when he had gotten home and he said that after school he had gotten into a fight with a boy named Malaki and he had gotten scratches on his face. He said that they were fighting by the crossing guard. He stated that he was playing around and it got more serious. He said that Malaki lives in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

He told me that he got off the bus and was dropped off on the main road, later determined to be Kahakai Boulevard. He said that he got off with his brother Neal and two sisters.

I asked if he goes by any other name and he stated that he was also known as Sparky.

He said that after being dropped off at the main road, he came straight home and checked in with his parents. After he checked in with his parents, he left.

He said that he got on his purple bike and went to Igloo's house. When he got to Igloo's house, Igloo asked to ride his bike. He sat in front of Igloo's house and waited until Igloo was finished riding his bike.

He said that after Igloo returned the bike to him, he went "to the beach" and saw a guy who he knew wanted to rent a room from his parents; however, he did not know the guy's name who was down by "the beach."

25960/111

JOC095

| | | |
|---|---|---|
| Kauilani LUCAS-TADEO<br>Hawaiian Beaches<br>Pahoa, Hawaii | 09-27-2001<br>Det. D. RAPOZA | G-82264<br>PN<br>MURDER |

PAGE 9 OF 30 PAGES

    I asked Mark what time he arrived at home and he said that he did not know; however, his father supplied me with the information that it was about 2:45 p.m. (1445 hours).

    When he was down at "the beach," there was a lady down there with a pit bull and he was going to bring it home to keep as a pet but his father did not want the dog so he had to return the pit bull.

    I asked him if he saw the little girl that got hurt yesterday and I asked him if he knew her. He said that he knows who she is but he did not see her yesterday (09-27-2001).

    It should also be noted here that I observed Mark to be a little deficient in the area of speaking and his demeanor was not making eye contact; he was looking down and was somewhat fidgety.

    His father explained to me that Mark was not too good with time, being that he goes to special classes in Pahoa. He said that Mark had a hard time learning things and expressing himself.

    The father also stated that he knew who the party was down at "the beach" and referred to this party as "Hawaiian Joe." He said that Hawaiian Joe wanted to rent a room from him; Hawaiian Joe came over that afternoon and brought the pit bull as Mark said; however, he did not want the pit bull. He had Mark return the pit bull from where they got it and Mark left with Hawaiian Joe and Hawaiian Joe's son to return the pit bull. They returned about 6:00 p.m. (1800 hours) and Hawaiian Joe had stayed for the better part of the evening. He said that Mark was with them all the time.

    At this time Mark DAVIS Sr. provided me with a business card which he had in his possession regarding Hawaiian Joe where it stated "Hawaiian Joe Elvis Promotions,

JCC036

Kauilani LUCAS-TADEO         09-27-2001            G-82264
Hawaiian Beaches             Det. D. RAPOZA             PN
Pahoa, Hawaii                                       MURDER

PAGE 10 OF 30 PAGES

███████." I logged this information in my notes and returned the business card to Mark DAVIS Sr.

DAVIS Sr. also related that Mark was fighting with some boy after school and for us to go and check with the crossing guard because the crossing guard supposedly saw the fight.

He also mentioned that everybody in the neighborhood always picks on him because his son is of African-American nationality and people in the neighborhood use the "N word" when referring to him. He felt that he has been socially discriminated upon.

It should be noted that upon talking to Mark, he was wearing a ¾-length pair of jeans shorts with a white tank top that appeared to be reversible with an olive color on the other side. His hair was not in a rubber band, was parted in the center, and was uncombed. He was wearing a silver ring with an eagle design on his left middle finger and a silver-colored chain with an anchor pendant. He also had a gold-and-silver-colored watch with a blue face on his left wrist.

At this time his mother came outside, this being:

        Ellen DAVIS, F-38
        DOB: ███████
        SSN: ███████
        Res. Ph.: ███████
        ███████
        ███████

At this point she was inquiring as to the line of questioning and if Mark was a suspect. She said that Mark was always singled out because of their nationality.

I asked if it would be allowable for us to obtain a photo of Mark so we could disprove other statements that have been obtained or would be obtained in the future so people could

25960/111