CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2006, a true and correct copy of the foregoing was duly served upon the following by delivering in the following manner at their last known address:

**Served by U.S. Mail**

Richard B. Miller   rmiller@tmp-hawaii.com          on January 12, 2006

Keith K. Hiraoka   khiraoka@rlhlaw.com          on January 12, 2006.

Ellen Pearl Davis, PO Box 38754, Detroit, MI 48238 on January 12, 2006

DATED: Hilo, Hawaii, January 12, 2006.

JOY A. SAN BUENAVENTURA