# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| Richard B. Miller | rmiller@tpm-hawaii.com | 9 March 2006 |
| Patricia Kehau Wall | kwall@tpm-hawaii.com | 9 March 2006 |
| Joy A. San Buenaventura | joyesq@gmail.com | 9 March 2006 |

**Served by First Class Mail:**

Ellen Pearl Davis          (on March 10, 2006)
PO Box 38754
Detroit, MI  48238

**Served by hand-delivery:**

N/A

    *Dated:*  Honolulu, Hawai'i, Thursday, March 9, 2006.

                              /s/ Keith K. Hiraoka
                              KEITH K. HIRAOKA
                              Attorney and Guardian *ad Litem*
                              for Defendant MARK DAVIS, JR.