1

```
 1              IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

 2                          STATE OF HAWAII

 3

 4
     GEORGE L. TADEO, Individually )  CIVIL NO. 03-1-0260
 5   and as the Special           )
     Administrator of the Estate   )
 6   of KAU'ILANI TADEO, TUMATA H. )
     TADEO,                        )
 7                                 )
                  Plaintiffs,      )
 8                                 )
     vs.                           )
 9                                 )
     MARK DAVIS, JR., MARK DANIEL  )
10   DAVIS, ELLEN PEARL DAVIS,     )
     JOHN DOES 1-20,               )
11                                 )
                  Defendants.      )
12   _____)

13

14

15              DEPOSITION OF MARK DAVIS, JR.,

16         Taken on behalf of Plaintiffs, at the Oahu Community

17   Correctional Center, 2199 Kamehameha Highway, Honolulu,

18   Hawaii, commencing at 11:20 a.m., on Saturday, February 4,

19   2006, pursuant to Notice.

20

21

22

23

24

25   BEFORE:  CYNTHIA M. SMITH, C.S.R. NO. 153
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

2

```
 1              Notary Public, State of Hawaii

 2
     APPEARANCES:
 3
     Attorney for Plaintiffs:    JOY A. SAN BUENAVENTURA, ESQ.
 4                               101 Aupuni Street
                                 Suite 311
 5                               Hilo, Hawaii  96720

 6   Attorney for Defendants:    THOMAS TSUCHIYAMA, ESQ.
                                 Matsui, Chung, Sumida &
 7                               Tsuchiyama
                                 737 Bishop Street
 8                               Suite 1400 Mauka Tower
                                 Honolulu, Hawaii  96813
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

3

```
1                    I N D E X

2

3

4

5    EXAMINATION BY:                          PAGE:

6

7         Ms. San Buenaventura                  4

8

9

10

11   EXHIBITS MARKED FOR IDENTIFICATION:       PAGE:

12

13        Ex.  A    House diagram, 1st Flr.     18

14        Ex. B     House diagram, 2nd Flr.     19

15        Ex. C     House diagram, 3rd Flr.     23

16

17

18

19

20

21

22

23

24

25
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

4

```
 1              (Pursuant to Rule 14 of the Rules Governing Court

 2     Reporting in Hawaii, the Reporter's Disclosure was made

 3     available and is attached hereto.)

 4                        MARK DAVIS, JR.,

 5              called as a witness on behalf of the Plaintiffs,

 6     having been duly sworn, was examined and testified as

 7     follows:

 8                        EXAMINATION

 9     BY MS. SAN BUENAVENTURA:

10     Q.     Could you say "yes"?

11     A.     Yes.

12     Q.     Mark, is your full name Mark Davis, Junior?

13     A.     I think.

14     Q.     What is your full name?

15     A.     I don't think like junior.  I know my name is Mark

16     Davis.  I don't know about Junior.

17     Q.     Sometimes do they call you Sparky?

18     A.     Not no more.

19     Q.     Not any more.  When is the last time they called you

20     Sparky?

21     A.     I don't know.

22     Q.     You don't know?

23     A.     (Nods negatively.)

24     Q.     Now, next to you is your attorney.  You have met him

25     before; is that right?  You have met Tom?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

```
1      A.     Yes.

2      Q.     Yes.  Now, do you know where you're going on Monday?

3      A.     To the Mainland.

4      Q.     Yes.  Did you talk to your counselor before today?

5      A.     What counselor?

6      Q.     Do you remember Mike Chun?

7      A.     Mike Chun?

8      Q.     Yeah.  Mike.  Do you remember Mike?

9      A.     I don't remember.

10     Q.     That is okay.  Do you know what we are doing today?

11     A.     Talking to me.

12     Q.     Yes.  And I will be asking questions.  And you're

13     going to answer them.  Do you understand that?

14     A.     Yes.

15     Q.     And do you understand that whatever your answers are

16     need to be truthful?

17     A.     Yes.

18     Q.     Do you know the difference between the truth and a

19     lie?

20     A.     I think.  I try my best.

21     Q.     You will do your best to answer truthfully?

22     A.     Yes.

23     Q.     And you will do your best to answer as much as you

24     remember?

25     A.     Yes.
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

6

1    Q.    Thank you.  Now, do you go to school over here?

2    A.    No.

3    Q.    Did you go to school over at the youth correctional

4    facility?

5    A.    The State Hospital?

6    Q.    Yes.

7    A.    Yes.  Sometimes, sometimes not.

8    Q.    Okay.  What was the last grade you went to?

9    A.    They don't have no grade at the State Hospital.  You

10    just go to school.

11    Q.    Do you know how to read or write?

12    A.    No.

13    Q.    No.  Now, as you can tell she is typing something up

14    over here.  And it will be written up in words.  Will you

15    have somebody who can read this for you if you need to?

16    A.    No.  I don't like no one.

17    Q.    You don't let anybody read it for you?  When you have

18    letters that come to you do you read it or does somebody read

19    it for you?

20    A.    Read it for me.

21    Q.    Okay.  So if this comes in the mail for you will you

22    have somebody read it for you?

23    A.    On the Mainland?

24    Q.    Yes.

25    A.    Yes, my counselor over there.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

7

1    Q.    Yes.  Will you be able to have somebody read it for

2    you on the Mainland?

3    A.    Yes.

4    Q.    And if you if you hear anything that is wrong will

5    you tell the person who you have read it to you that it's

6    wrong?

7    A.    (Witness nods.)

8    Q.    Yes?

9    A.    (Witness nods.)

10   Q.    You have to say yes or no.

11   A.    Yes.

12   Q.    Thank you.  Now, if you don't understand what I am

13   asking will you tell me that you don't understand?

14   A.    Yes.

15   Q.    Thank you.  If you need a break will you tell me you

16   need a break?

17   A.    Yes.

18   Q.    Are you on any medication right now?

19   A.    Yes.

20   Q.    What kind of medication?

21   A.    Haldol.  Sertral. (Phonetic)

22   Q.    "Sitral"?

23   A.    Sertral.  And some other four medicine in the morning

24   time.

25   Q.    Four medicine.  Does that stop you from remembering?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

8

```
1    Does all the medication stop you from remembering?

2    A.    Like the psyche medicine?

3    Q.    They're psyche medicine?

4    A.    For my head, and for me, keep me focused and stop me

5    from hearing voices.

6    Q.    Do you hear voices now?

7    A.    I taking my medicine now.

8    Q.    So you're not hearing any voices other than what we

9    are saying now?

10    A.    Yes.

11    Q.    Do you know why you're here in prison?

12    A.    Because I ran away.

13    Q.    You ran away from where?

14    A.    The hospital.

15    Q.    Do you know why you were in the hospital?

16    A.    To get help.

17    Q.    To get help?

18    A.    Treatment.

19    Q.    To get treatment.  And why did you run away from the

20    hospital?

21    A.    Because they was treating me mean.

22    Q.    Okay.

23          MR. TSUCHIYAMA:  Before we go too far, are there

24    pending criminal charges for the running away from the

25    hospital?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

9

1          THE WITNESS:   Yes.

2          MR. TSUCHIYAMA:   Okay.  I am not your criminal

3    lawyer, but you have the right to plead the Fifth, yeah.  So

4    you don't have to answer these questions that could

5    incriminate you, because these charges for escaping or

6    running away from the hospital are still pending.  Yeah?

7          So you have the right, you know, not to answer these

8    questions, but you have to say that you're invoking that

9    right.

10         THE WITNESS:   I think they pending because they said

11   I had psychiatric issues.

12   Q.     (By Ms. San Buenaventura)  Didn't you go to court

13   yesterday?

14   A.     Yes.

15   Q.     And, Mr. Tsuchiyama, my understanding was that the

16   escape issue was supposed to have been resolved by the

17   hearing yesterday.

18   A.     I think, yeah.  I don't remember.  I try to

19   remember.  I think they said I have psychiatric issues, and

20   it wasn't my fault.

21   Q.     Okay.  So that is fine.  I am not going to go into

22   that.  I just want to know about you being in the hospital.

23         Do you remember being arrested?

24   A.     (Nods negatively.)

25   Q.     No.  Do you remember living on the Big Island on

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1   Opihi Street?

2   A.    No.

3   Q.    No.  Before you were in the hospital do you remember

4   living with your parents and your brothers and sister?

5   A.    It's been so long.  I don't even remember.  They get

6   me on all this medicine though I can't think.

7   Q.    When is the last last time you talked to your father

8   and/or your mother?

9   A.    I don't speak to them no more.

10  Q.    Do they write to you?

11  A.    They don't got this place address.

12  Q.    Okay.  When was the last time your father wrote to

13  you or called you?

14  A.    I don't want to speak to him no more.

15  Q.    Why not?

16  A.    Because he sexually brused (phonetic) me.

17  Q.    Excuse me?

18  A.    Sexual brused (Phonetic) me.

19  Q.    When did he sexually abuse you?

20  A.    When I was on the Big Island.

21  Q.    Did you tell anybody that?

22  A.    Yes.  I went to the Mainland at this placement, when

23  the Court sent me there on the Big Island I think.  I told

24  the lady, her name was Thacker Poorman.

25  Q.    Okay.  When did he sexually abuse you?  Before or

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    after you got arrested?

2    A.    What you mean by that?

3    Q.    When did he sexually abuse you?

4    A.    When I was, when we was in the Mainland, when we used

5    to live on the Mainland when I was just a little boy.  And

6    when we moved over to the Big Island.

7    Q.    What did he do to you in the Big Island?

8    A.    I don't want to talk about that.

9    Q.    Do you talk to your mother now?

10    A.    I tell -- I think I remember when I went to

11    counseling up at the placement where I was at in Michigan, we

12    talked about it with my therapist.

13    Q.    When you were in Michigan you talked about the sexual

14    abuse?

15    A.    With my therapist.  And an investigation was supposed

16    to happen.  But I think it never did.

17    Q.    Did you talk with somebody on the Big Island?

18    A.    No.

19    Q.    Did you tell your mother about the sexual abuse by

20    your father?

21    A.    He had beat my mom.

22    Q.    Would he sexually abuse your brother and sisters?

23    A.    I never -- I don't know.

24    Q.    When was the last time you talked to your mother?

25    A.    I think when I was at the State Hospital.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

12

```
1      Q.      When was the last time you saw your mother?

2      A.      Been so long.  2004 on the Mainland.

3      Q.      On the Mainland.

4      A.      When I was in Michigan.

5      Q.      When you were in Michigan in 2004 was that a

6   hospital?

7      A.      Yes.  Like a placement in the hospital was together.

8   Once I was regular people, and once I was like psychiatric

9   people.

10     Q.      Do you know why they put you, brought you to Michigan

11  for this hospital?

12     A.      Huh-huh.

13     Q.      No.  When was the last time you talked to your

14  brothers?  Or your brother?  That would be Neal, yeah?

15     A.      Neal.  I think, yeah.

16     Q.      When was the last time you talked to Neal?

17     A.      When I was sent to State Hospital.

18     Q.      Over here in Honolulu?

19     A.      Yes.

20     Q.      How about Kelly and Jasmine your sisters?

21     A.      Yes, I spoke to them.

22     Q.      Do you still speak to them?

23     A.      Uh-huh.

24     Q.      When was the last time?

25     A.      At the State Hospital.
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

13

1    Q.    Do you remember what it was like when you were living

2    on the Big Island?

3    A.    In the house where I was living, messed up.  My dad

4    used to beat us and stuff.

5    Q.    Including your brothers and sisters?

6    A.    And my mom.

7    Q.    And your mom.  Nobody tried to stop him?

8    A.    My mom would try but my dad had guns in the house.

9    Q.    Oh, my goodness.  Didn't you have other people living

10   in that house other than you?

11   A.    They sexually abused me too.  They was my dad's

12   friends.

13   Q.    They sexually abused you too.  What were your dad's

14   friends' names?

15   A.    I don't know their names.

16   Q.    Do you remember somebody by the name of Ed Fritzer?

17   A.    (Nods negatively.)

18   Q.    No?

19   A.    No.

20   Q.    Do you remember Jennifer?

21   A.    My sister?

22   Q.    Is Jennifer your sister?

23   A.    Yes.

24   Q.    How many sisters do you have?

25   A.    Four.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

14

1    Q.    So you have Jennifer, you have Jasmine, Kelly, and

2    who is the fourth one?

3    A.    Neal.

4    Q.    Neal is your brother?

5    A.    Yeah.  Yes.

6    Q.    Do you remember somebody by the name of Ed who was

7    also living at your house on the Big Island?

8    A.    He used to have a boat?

9    Q.    Yes, he did.

10    A.    Oh, yes, he used to drug me up and stuff with heroin.

11    Me, he drug me up, my dad let him.

12    Q.    Your dad let him drug you up with heroin?

13    A.    Yes.  My dad used to beat my mom up and tie her up

14    and drug my mom up too.

15    Q.    Do you remember you're supposed to be telling the

16    truth, so everything you have been telling us so far is the

17    truth?

18    A.    Yes.

19    Q.    Did you tell the police about Ed with the boat

20    drugging you up with heroin?

21    A.    I don't want my dad kill us.  Because my dad was a

22    mean fighter.  He had an anger in him.  Like you do as a

23    simple thing you touch, like the food, he would get real mad

24    and start hitting you with sticks, what you call that,

25    plywood with nails in it.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1     Q.     He would do that, huh?

2     A.     (Nods affirmatively.)  I had a scar on my leg where

3     he threw hot grease on me.  I got a big burnt on my leg.

4     Q.     Did you tell your teachers about that?

5     A.     I think my teachers knew what was going on in the

6     house.  Because my dad used to drug me up, and I used to go

7     to the school all sleepy and stuff.  I think the school

8     already knew about that.

9     Q.     When do you mean your daddy drug you up?  What did he

10    do to you?

11    A.     Stick heroin in my arm while I was sleeping.  I

12    think.

13    Q.     Do you still have -- How would he stick heroin in

14    your arm?

15    A.     I think in my arm.

16    Q.     If we look at your arm what will we see when we look

17    at your arm?

18    A.     It been so long.  I think with a needle and stick it

19    in my right, right here.  (Indicating)

20    Q.     On your left arm?

21    A.     Yeah.  In my veins.

22    Q.     In your veins.  What does it feel like when he does

23    that?

24    A.     I don't know, I get knocked out.  And I don't know

25    what he do to me.  That way I think he sexually abused me.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    That's the only reason why I think he did it.

2    Q.    He would drug you up to sexually abuse you?

3    A.    (Nods affirmatively.)   And I don't remember no more

4    after that.

5    Q.    Do you remember anybody by the name of Hawaiian Joe?

6    A.    Yes.

7    Q.    Okay.  Was he staying at your house over at the Big

8    Island?

9    A.    He only kept, he stored a van over there.

10    Q.    He had a son, didn't he?

11    A.    Yes.

12    Q.    Did his son stay with you at the Big Island?

13    A.    I don't really know.  They always come in the house

14    and do drugs.  Smoke weed, stick needles in their arms, do

15    crystal meth, stuff like that.

16    Q.    Did they offer it to you?

17    A.    I don't remember.

18    Q.    You don't remember.  Okay.  Do you remember somebody

19    by the name of Bagle, Martin John Bagle?

20    A.    He stayed in the house too?

21    Q.    That's what I read.  I don't know.  Do you know

22    whether or not he stayed at the house?

23    A.    (Nods negatively.)

24    Q.    You don't remember?

25    A.    No.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

17

1    Q.    How about Holly?

2    A.    The lady?

3    Q.    Yeah.

4    A.    She used to do drugs too.

5    Q.    Did she stay at the house too?

6    A.    Yes.

7    Q.    With her daughter?

8    A.    Yes.

9    Q.    Did any of them give drugs to you?

10   A.    Yes.

11   Q.    In front of your parents?

12   A.    No.

13   Q.    Did your parents know that they gave drugs to you?

14   A.    Only my dad.

15   Q.    Only your dad.  Your mom did not know that he was

16   giving drugs to you?

17   A.    (Nods negatively.)  No.

18   Q.    How about Aaron Johnson?

19   A.    He stayed in the house too?

20   Q.    That's what I read.  Do you remember whether or not

21   he did?

22   A.    That many people stayed in the -- I don't even

23   remember.

24   Q.    You don't remember.  How many people stayed in your

25   house on the Big Island?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

18

```
1        A.      I don't know.  I think they was giving my dad drugs

2    to day in the house.

3        Q.      Now, I have here diagrams that the police did of your

4    house.  And can you tell me whether or not they look like

5    something, if you remember, whether or not they're diagrams

6    that are right about your house?

7                They say this is the third floor.  (Indicating)

8        A.      Downstairs?

9        Q.      No, this is the third floor, the top floor.

10   Downstairs would be this one.

11               Does this sort of look like downstairs with the

12   landing?  And a washroom and the front entry?  And the

13   garage?  Yes?

14       A.      And got another garage on the other side.

15       Q.      Yeah.  They call it an open area.

16       A.      That was the open area too.

17       Q.      The garage was an open area?

18       A.      Yeah.  Both of them was open.

19       Q.      Okay.  So basically that looks like the first floor,

20   the ground floor; is that correct?

21       A.      Uh-huh.

22       Q.      I am going to mark that as Exhibit A.

23                               (Exhibit A marked for

24                                Identification.)

25       Q.      (By Ms. San Buenaventura)  Now, do you remember on
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

19

```
1    the Big Island whether or not anybody lived on this first

2    floor?

3    A.     No.

4    Q.     Nobody lived there?

5    A.     (Nods negatively.)

6    Q.     Now, let's go look at the second floor.  This is what

7    the police said.

8           Does this look like the second floor where there is a

9    bedroom here in the corner, top left corner, there is a

10   bathroom?

11   A.     Someone was living in.

12   Q.     Somebody was living in there?

13   A.     Number three area.

14   Q.     Let's go talk about generally.  Does this sort of

15   look like the layout of the second floor with a bedroom, the

16   patios on the top and the bottom, a landing, a walk-in closet

17   and a bedroom here on the right?  Does this look like a

18   layout of the second floor?

19   A.     Yeah.

20   Q.     Yes.  I'd like to have that marked as Exhibit B.

21                        (Exhibit B marked for

22                         Identification.)

23   Q.     (By Ms. San Buenaventura)  Now, who would live in

24   this bedroom that you said in number three?  The last time

25   you remember?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

```
 1     A.     The man.

 2     Q.     A man.  Would it be Ed Fritzer?  Or Ed Fiddes?

 3     A.     I don't know.  My dad used to go, they all used to go

 4     inside that room.

 5     Q.     When you mean all of them, that would be the man,

 6     your dad and who else?

 7     A.     I think all of them.

 8     Q.     Holly also?

 9     A.     Who is that?

10     Q.     The girl with the daughter.

11     A.     I don't know.  I only I think all the man's went

12     inside there.

13     Q.     All the men went into bedroom three.  But you knew

14     somebody lived in bedroom three, but not your family?

15     A.     Huh-huh.

16     Q.     No?

17     A.     They didn't go inside there.

18     Q.     Did anybody live in the patio, the bottom patio?

19     A.     I remember we used to play video games out there.

20     Q.     So you played video games, so nobody lived in the

21     patio at the bottom of Exhibit B?

22     A.     Huh-huh.

23     Q.     No.  How about the patio at the top of Exhibit B?

24     A.     My dad used to grow marijuana plants out there.

25     Q.     I see.  How about the bedroom number two?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

21

```
 1      A.    My sisters.

 2      Q.    And that would be Kelly, Jasmine, and Jennifer?

 3      A.    (Witness nods.)

 4      Q.    Yes?

 5      A.    Yes.

 6      Q.    Okay.  How about bedroom number one, who would live

 7   in bedroom number one?

 8      A.    With the walk-in closet?

 9      Q.    Yes.

10      A.    My mom.

11      Q.    Your mom.  Okay.  Now --

12      A.    And the little baby.  My mom's little baby.  My other

13   sister.

14      Q.    Had a little baby?

15      A.    Yeah.  Lana.

16      Q.    Where would your dad live?

17      A.    In the same room.

18      Q.    With your mom?

19      A.    Yes.

20      Q.    When you mean that everybody would hang out at the

21   bedroom number three do you know what they would be doing?

22      A.    I think I remember they the ones took me inside there

23   and sexually abused me.

24      Q.    They sexually abused you there?

25      A.    Yeah.  That's what I was talking to you about.
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

22

```
1     Q.      In bedroom number three?

2     A.      (Witness nods affirmatively.)

3     Q.      Is there a TV there?

4     A.      Yes.

5     Q.      Do you remember seeing any videos with naked ladies

6   or naked men?

7     A.      I don't remember.

8     Q.      You don't remember that.  Okay.  Now let's go talk

9   about the third floor.  Okay?  Does this look like the third

10  floor where there is a deck at the top left?

11    A.      They had like a stove out there.

12    Q.      I don't know.  Is there a stove up there on the deck?

13    A.      I think my dad used to cook stuff, like cook "rock"

14  and stuff.  You know what that is, like "rock" when you

15  smoke.

16    Q.      Like crystal meth, ice, he could cook up here on the

17  deck?

18    A.      Yes.

19    Q.      Is this where you would live, here on the third

20  floor?

21    A.      Me?

22    Q.      Yes.

23    A.      Yes.

24    Q.      Does this look like the layout of the third floor

25  with the kitchen and the dining room on the top left and the
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    then top right the living room?

2    A.    Yeah, I used to live in the living room.

3    Q.    You would live in the living room?

4    A.    Wait.  Where that other part is there?

5    Q.    It says "Mark Davis Junior sleeping area."  You would

6    live right there in the living room?

7    A.    Yes.

8    Q.    It looks like there is stairs?

9    A.    Yes.

10   Q.    And it's the bathroom.  I would like to have that

11   marked as Exhibit C.

12                              (Exhibit C marked for

13                               Identification.)

14   Q.    (By Ms. San Buenaventura)  Other than you living up

15   there and your dad cooking rock on the deck was anybody else

16   living on the third floor?

17   A.    No.  Just me and my brother.

18   Q.    And that would be Neal?

19   A.    Yeah.

20   Q.    And you?

21   A.    (Witness nods.)

22   Q.    Now, at the time do you remember when the police came

23   to this house the first time?

24   A.    What that is?  I don't remember.

25   Q.    Do you remember when the police showed up at all at

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1   your house?

2   A.      (Nods negatively.)

3   Q.      You don't remember walking down with your arms over

4   your head?

5   A.      No.

6   Q.      No.  Okay.  You don't remember a second or a third

7   time when the police came to search the house?

8   A.      While I was in the house?

9   Q.      I don't know.  If you remember?

10  A.      Huh-huh, no.

11  Q.      Okay.  Well, let me just make a statement, that the

12  police found some marijuana, and you had already testified

13  that it would be in the patio.  Do you know of any other

14  areas in the first floor, the second floor, the third floor

15  where there would be marijuana?

16  A.      I think my dad told my sisters and brothers to hide

17  it.

18  Q.      Okay.  Where did they hide it?

19  A.      Because they had big bags of it, like pounds of it.

20  Q.      How big?  Like five inch big?  (Indicating)

21  A.      Can you open your hand more?

22  Q.      Let the record reflect it's more like ten inches

23  wide.

24  A.      Yeah.  Wide and fat.  Big bag.

25  Q.      So like five inches fat, like this?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1     A.     Yeah.

2     Q.     About ten inches by five?

3     A.     And the bag real big.  Like that big. (Indicating)

4     Q.     About a foot tall?

5     A.     Yeah.  About 6 bags of those.

6     Q.     6 bags of those.  So it would be a foot by ten inches

7     by five inches?

8     A.     Yes.

9     Q.     And there is like ten of those?

10    A.     Yeah.  And in the walk-in closet I think he had

11    plants inside of about 6 pounds drying out.

12    Q.     Drying out.  On the second floor walk-in closet?

13    A.     Yes.  And my dad went had the guns inside there.

14    Q.     In the second floor walk-in closet on Exhibit B?

15    A.     Yeah.  And they had like another closet where that

16    other, that is the one with the walk-in closet.

17    Q.     Exhibit B.

18    A.     What that other part there?

19    Q.     You mean the bedroom one, there is a walk-in closet?

20    A.     They got another closet on the right by the patio.

21    Right by the door.

22    Q.     By the patio there would be another closet, these are

23    where the bedrooms are on the second floor?

24    A.     Yes.  Where the patio at.

25    Q.     By the patio there is a closet, is what you're

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    saying?

2    A.    Yeah.  And like my dad kept the M-16 all the way up

3    on the -- what you call that.  You open the closet and got,

4    like going, you look up, and they're all open.

5    Q.    Is that an attic?

6    A.    No.  Not that.  It's like a --

7    Q.    You mean on the third floor, would there be like an

8    attic on the third floor?

9    A.    I don't know nothing about that.  But on this floor

10   where the patio on.

11   Q.    On the second floor?

12   A.    The patio, where that on the -- can you point to it?

13   Q.    The patio at the very top?  The back?

14   A.    The front one.

15   Q.    The one where you play the video games at?

16   A.    Yeah, you see that part there?

17   Q.    I see it there.  There is a closet there?

18   A.    Not that one, the other one.

19   Q.    Right by bedroom three?

20   A.    Right by the stairs.

21   Q.    I see.  The closet by the stairs.

22   A.    Yeah.  My dad kept all his guns inside there, like it

23   was open, you look up, they looked, had this like a space

24   where you can slide stuff at.  He had all the guns right

25   there.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

27

1     Q.     Did you have access to those guns?  Could you get to

2     it if you need to?

3     A.     Yes.

4     Q.     Could you get to the marijuana in the walk-in closet

5     if you need to?

6     A.     Yes.

7     Q.     Could you get to the marijuana on the patio if you

8     need to?

9     A.     Yes.

10    Q.     Were you ever caught with any marijuana by your

11    parents?

12    A.     Um, my dad let me smoke it.  But not my mom.  My mom

13    always said put that stuff away, you don't supposed to be

14    doing that.

15    Q.     But your dad would let you smoke it?

16    A.     Yes.

17    Q.     Do you know how it felt like when you smoked it?

18    A.     No.  It used to knock me out.

19    Q.     Do you remember the little girl named Kau'i?

20    A.     No.

21    Q.     You don't remember her at all?

22    A.     (Nods negatively.)

23    Q.     Do you know whether or not you were accused of

24    killing this little girl?

25    A.     No.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1     Q.     No.  The police didn't ask you whether or not you

2     played or --

3     A.     No.

4     Q.     No.  Now, before you went to the hospital -- well,

5     sorry.  Do you remember being arrested?

6     A.     At the hospital?

7     Q.     No.  Not at the hospital.  But at your house?

8     A.     No.

9     Q.     You don't remember your parents or the police taking

10    you to the police headquarters from your house on the Big

11    Island?

12    A.     All I remember I was at State Hospital.

13    Q.     That is the last thing you remember?

14    A.     (Nods affirmatively.)

15    Q.     What is the last thing you remember about the Big

16    Island?

17    A.     I don't remember, it's been so long.  Because I don't

18    think about it no more.  I don't even remember.

19    Q.     Why don't you think about it any more?

20    A.     Because I can't remember.  Because all this medicine,

21    it block all that stuff out, the medicine what I on.

22    Q.     If I show you diagrams like A, B and C here --

23    A.     It come back a little.

24    Q.     I see.  Now, do you remember going to school on the

25    Big Island?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

```
 1     A.     Pahoa?

 2     Q.     Yes.

 3     A.     Yes.

 4     Q.     Okay.  Now, the last time you went to school how do

 5     you go to and from school?

 6     A.     Sometimes my dad drive me or I take mental health

 7     bus.

 8     Q.     Okay.

 9     A.     What you call that, special ed. bus.

10     Q.     And sometimes, I remember reading your school

11     records, sometimes they take you to Wal Mart, do you remember

12     that?

13     A.     No.

14     Q.     You don't remember working at Wal Mart?

15     A.     No.

16     Q.     Now, the last time you went to school do you

17     remember, at Pahoa, do you remember whether or not your dad

18     took you or whether or not you were dropped off by the bus?

19     A.     I think my dad took me.

20     Q.     Okay.  Do you remember playing by the beach on the

21     Big Island near your house?

22     A.     Beach?  They don't have a beach.

23     Q.     No.

24     A.     (Nods negatively.)

25     Q.     More like rocks, yeah?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

30

1     A.     Yeah.

2     Q.     Now, do you remember somebody by the name of Elvis,

3     or Hawaiian Joe?

4     A.     No.

5     Q.     No.  Okay.  How about trying to get a pet, have you

6     tried getting a pet?

7     A.     No.

8     Q.     No.  Do you remember riding your bike around on the

9     Big Island?  You had a purple bike?

10    A.     No.  Had a red bike.

11    Q.     You had a red bike.  Who had the purple bike?  Was

12    that Neal?

13    A.     My sister.  My brother had a silver bike.

14    Q.     So you had a red bike.  Do you remember riding around

15    on your red bike?

16    A.     No.

17    Q.     You don't.  How about your friends, do you remember

18    your friends?

19    A.     No.

20    Q.     You don't remember Igloo?

21    A.     Igloo.

22    Q.     Igloo.  No?  Okay.  When was the last time you

23    remember being drugged up by heroin?

24    A.     When I went to school, the next day and after that.

25    Q.     The last time you went to Pahoa?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    A.    Yeah.  And the next day after that.

2    Q.    I see.  Do you remember when was the last time you

3    remember using marijuana?

4    A.    The day when I was in the house.  I don't remember

5    what day that was.  I don't know what day that was.

6    Q.    Do you remember when the police arrested you and you

7    had marijuana on you?

8    A.    I don't remember the police with me but I know I had

9    marijuana on me.

10    Q.    Would you take it to school with you?

11    A.    No.  I always keep it in the house.  I don't take

12    that to school because you can get arrested for that.

13    Q.    Have you ever been in trouble in school before?

14    A.    I used to get beat up in school.  I never got in

15    trouble.  People beat me up.

16    Q.    Oh, yeah?  I thought you were bigger than all the

17    other kids in school.

18    A.    No, I was the small kid.  I was like Neal's size, my

19    brother's size then.  Everybody, like I went to like Pahoa

20    High School, but it was like my school was right by the high

21    school side.  I had my school was on the high school ground.

22    Like everybody was bigger than me, and they used to pick on

23    me and beat me up.  The high school kids.

24    Q.    But before you went to Pahoa High School you went to

25    Pahoa Elementary?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

```
 1      A.    Yes.

 2      Q.    And you were bigger than all the other kids there?

 3      A.    No.  They was my size.

 4      Q.    You don't remember telling one of your counselors

 5   that you could beat up a girl and not get caught for it and

 6   get away with it?

 7      A.    No.

 8      Q.    You don't remember saying that?  Do you remember a

 9   girl named Scarlett Johnson?  You used to like her?

10      A.    No.

11      Q.    Yeah.  I see you smiling.

12      A.    She used to go to school with me?

13      Q.    Yeah, she used to go to school.

14      A.    She was my girlfriend.

15      Q.    She was your girlfriend?

16      A.    Yes.

17      Q.    Okay.  And what would you do with her?

18      A.    Used to go to her house and stuff.

19      Q.    You did.  Do you remember did they ever complain

20   about you to teachers?

21      A.    No.

22      Q.    Okay.  Did you ever try to kiss her?

23      A.    She kissed me.

24      Q.    Okay.  Do you remember another little girl by the

25   name of Faolina, "Felina," Igloo's sister?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    A.    No.

2    Q.    Okay.  You don't.  Have you ever tried to ask the

3    little girls out to be your girlfriend?

4    A.    No.

5    Q.    No?

6    A.    Only my girlfriend.  One, the one where I was used to

7    go over the house to.  The what you -- the name you just

8    mentioned.

9    Q.    Scarlett, that was your girlfriend?  That was the

10   only one?

11   A.    Yeah.  Because I used to, one day I took her out to

12   the mall.  We went out to the mall and ate.  I think.

13   Q.    Have you ever tried to sexually abuse her?

14   A.    No.

15   Q.    No.  You didn't do anything other than kiss her?

16   A.    Just kiss her.  She kissed back.  I kissed back.

17   Q.    Were there any other girls, little girls in the

18   neighborhood, girls your age in the neighborhood who you

19   tried to kiss?

20   A.    No.  Only her.  That is the only one I liked.

21   Q.    That is the one you liked.  Was there, when you said

22   you got beat up, were you teased too?

23   A.    Yes.  Called retarded, said I can't speak right.

24   Q.    Okay.  Did you also call the girls names too?

25   A.    No.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1     Q.     You didn't call them names?

2     A.     No.  Only when they call me names.  Calling me

3     retarded and stuff.  I called them stupid, and retarded.

4     Q.     So you called them names too?

5     A.     "Stupid," yeah.

6     Q.     Did you make gestures, like showing off your chest?

7     A.     Only when I played basketball over there at school.

8     Got basketball rims.

9     Q.     You don't remember like pinching your nipples in

10    front of the little girls?

11    A.     No.

12    Q.     Do you remember licking your lips in front of little

13    girls?

14    A.     No.

15    Q.     In school?

16    A.     No.

17    Q.     Do you remember whether or not the teachers ever told

18    you not to do those things?

19    A.     My teachers always help me with math and stuff.

20    Q.     None of the counselors or the security guard ever

21    told you not to call girls names?

22    A.     They didn't have security guards there.

23    Q.     No, they didn't?

24    A.     No.

25    Q.     What about Pahoa Elementary, do you remember teachers

CARNAZZO COURT REPORTING CO.
(808) 532-0222

1    or counselors telling you not to call them names or not to

2    make gestures?

3      A.      I stayed away from them.  Because they were trouble

4    to me.  They used to call me retarded and stuff.  I stayed

5    away from them.

6      Q.      And you know you're telling the truth now?

7      A.      Yes.

8      Q.      Was there a time in school you remember that the

9    teachers asked your parents to come and talk about you?

10     A.      I don't remember.

11     Q.      You don't remember that.  Not in Michigan?

12     A.      I don't remember.

13     Q.      How about in Pahoa Elementary?

14     A.      They came up there.  They came up to speak to them.

15   Because we had a meeting before they came up and speak to

16   them.

17     Q.      Your parents came to speak to your teacher, yes.  Do

18   you remember what they talked about?

19     A.      No.

20     Q.      What about Pahoa High School?

21     A.      They never had no meeting.

22     Q.      No.  How many times did your parents come to Pahoa

23   Elementary to speak to your teachers?

24     A.      Only one time when I got in a fight with some boy.

25     Q.      What was that fight about?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

36

```
 1      A.      Um, I think because he was trying to take my
 2   necklace, my chain.  He was trying to rip it off my neck, and
 3   I punched him.  And their parents had to be, and my parents
 4   had to be there.  We had to get along and shake hands and say
 5   "sorry."
 6      Q.      That was it?
 7      A.      No.
 8      Q.      Were there any other meetings?
 9      A.      No.
10      Q.      Were there any meetings with Scarlett Johnson's
11   parents?
12      A.      My girlfriend?
13      Q.      Yes.
14      A.      No.
15      Q.      Did your mom or dad know about your girlfriend?
16      A.      She, the one live right by the store halfway?
17      Q.      I don't know.
18      A.      I thought her name was Carissa.
19      Q.      Could be.  Is it Carissa?  Your girlfriend was
20   Carissa?
21      A.      Yeah.
22      Q.      Did your parents know about Carissa?
23      A.      Yes.  She used to come, my parents don't mind -- I
24   don't want to cause her -- and my parents don't want to drop
25   her and me off at the mall.
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

37

1    Q.    Now, you don't remember Scarlett Johnson, whether or
2    not you had a crush on her?
3    A.    I thought you was talking about Carissa at first.
4    Q.    Two different people?
5    A.    No, I thought you was talking about Carissa.
6    Q.    So you never had a crush on Scarlett Johnson?
7    A.    No.
8    Q.    You don't remember teasing or making gestures with
9    your nipples or licking your lips?
10   A.    No.
11   Q.    Do you remember an abandoned house by Opihi Street?
12   A.    No.
13   Q.    Where you rode your bike around the neighborhood?  Do
14   you remember doing like a Blair Witch kind of video?
15   A.    No.
16   Q.    Do you know what Blair Witch video is?
17   A.    Huh-huh.
18   Q.    No.  Okay.  You and the kids ever went into an
19   abandoned house?
20   A.    I don't remember.
21   Q.    No.  How about a little boy named Matt Kent, do you
22   remember a little boy named Matt?
23   A.    No.
24   Q.    You don't remember any abandoned house?
25   A.    No.

CARNAZZO COURT REPORTING CO.
(808) 532-0222

```
1     Q.     Do you remember Kau'i the little girl, Kau'ilani?

2     A.     No.

3     Q.     Did your parents ever tell you why you were in the

4     State Hospital?

5     A.     No.

6     Q.     Now, you have met Tom Tsuchiyama as your attorney.

7     Do you remember another attorney named Tony Bartholomew, big

8     guy?

9     A.     Yeah, I remember him.

10    Q.     Do you know why he was representing you?

11    A.     Been so long I don't even remember.

12    Q.     Do you remember going to the Hilo courthouse?

13    A.     I remember that.  Going inside and coming out and

14    they sent me to the State Hospital.  I remember I was at the

15    State Hospital the next day.

16    Q.     Did he tell you why they brought you to the

17    courthouse?

18    A.     They only say I have mental issues.

19    Q.     They didn't tell you about a little girl who got

20    killed?

21    A.     No.  They only read a piece of paper said -- what?  A

22    piece of paper said, um, you have psychiatric issues that the

23    psychiatric doctors said stuff like that.  I had three panel

24    doctor.

25    Q.     Why is it that you cannot remember so much?
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

39

1    A.    I got hit by a car when I was ten in Michigan when I

2    was little in Michigan.  I got two scars on the other side

3    right here, the hair covering up a little, and another scar

4    right there.  I had to get staples right there.  (Indicating)

5    Q.    And ever since then you have been forgetting a lot?

6    A.    Yes.

7    Q.    Did you tell the judge about anything that you

8    remember as to why you got arrested?  Do you remember Judge

9    Nakamura in Hilo?

10    A.    I don't remember.

11    Q.    And there was a haole judge there, Judge Gaddis too?

12    A.    I remember he was a nice guy.  He gave me out passes.

13    Q.    He did.

14    A.    To go out pass, like go to the movies with the other

15    kids and stuff.

16    Q.    I see.  Do you remember why you were -- Did the judge

17    tell you why you were in the State Hospital or why you were

18    moved to the Detroit hospital?

19    A.    No.

20    Q.    Do you know why?

21    A.    No.  I thought only I was getting treatment.

22    Q.    Why didn't you get treatment before?

23    A.    What do you mean by that?

24    Q.    Well, you got hit in the head, right?

25    A.    I did go to counselor for that, then I stopped when I

CARNAZZO COURT REPORTING CO.
(808) 532-0222

40

1     moved to Hawaii.  I was going to counselor in Detroit for

2     that injury.  Like you go to the injury thing, like try to

3     remember that stuff.  I was going to counseling to Detroit

4     for that.  But when we moved to Hawaii it stopped.

5     Q.     Okay.  And I want you to look, again, I am sorry, at

6     these.  Because when we were showing you a diagram at least

7     you could remember the diagrams.

8            Do you know, in any of this A, B and C where Holly

9     lived?  Where Holly, do you remember Holly, is the girl with

10    the daughter?

11    A.     I don't know where she lived.  But I know where the

12    man lived.

13    Q.     The one with the boat?

14    A.     Yeah.  He lived in number three.

15    Q.     Number three.

16    A.     Yes.

17    Q.     That's the one you said where everybody, all the men

18    would hang out?

19    A.     Yes.

20    Q.     And where you were sexually abused?

21    A.     Yes.

22    Q.     Okay.  Other than that man with a boat and Holly, and

23    your brothers and sisters, your brother and your sisters, and

24    your mom and your dad and you, who else do you remember

25    living in this house?

CARNAZZO COURT REPORTING CO.
(808) 532-0222

41

```
 1    A.    All the man and that it.  I don't know where the lady

 2    lived.  I didn't know where she lived.

 3    Q.    But you know she lived in the house somewhere?

 4    A.    Yeah.  Somewhere.

 5    Q.    Okay.  Do you know what's going to happen to you

 6    after today?

 7    A.    What?

 8    Q.    Do you know --

 9    A.    Go back to the unit.

10    Q.    Okay.  And then you're going to go to the Mainland,

11    remember?

12    A.    Yes.

13    Q.    On Monday?

14    A.    (Witness nods.)

15    Q.    Do you know what's going to happen to you on the

16    Mainland?

17    A.    Get treatment, and try to get better.

18    Q.    Okay.  What do you want to be when you grow up?

19    A.    Go to the Army.

20    Q.    You want to go to the Army.  Okay.  You know what we

21    have been talking about, we have been talking about your

22    living on the Big Island.  Is there anything  else -- and it

23    didn't sound like you were having fun there, because you were

24    sexually abused?

25    A.    That wasn't fun.
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

42

1   Q.     That wasn't fun.  But at least you had a girlfriend

2   named Carissa, right?

3   A.     Yes.

4   Q.     And you went to Pahoa.  Is there anything else about

5   living on the Big Island that you can tell us?

6   A.     No.

7          MS. SAN BUENAVENTURA:  Okay.  I have no further

8   questions of Mr. Davis.

9          MR. TSUCHIYAMA:  I got no questions.

10         MS. SAN BUENAVENTURA:  Okay.  Thank you very much.

11  Thanks for talking to us.

12         (Whereupon the deposition was concluded at 12:08

13  p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

CARNAZZO COURT REPORTING CO.
(808) 532-0222

43

```
 1            I, MARK DAVIS, JR., do hereby certify that I have

 2    read the foregoing typewritten pages 1 through 42, inclusive,

 3    and corrections, if any, were noted by me on the corrections

 4    sheet, and the same is now a true and accurate transcript of

 5    my testimony.

 6

 7

 8

 9                                  Date:

10

11

12

13

14

15    Signed before me this

16        day of

17

18

19

20

21

22

23

24

25
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222

44

```
 1    STATE OF HAWAII                )
                                     )   SS.
 2    CITY AND COUNTY OF HONOLULU )


 3


 4         I, Cynthia M. Smith, a Notary Public in and for the
      State of Hawaii, do hereby certify:
 5         That on Saturday, February 4, 2006, commencing at
      11:20 a.m. appeared before me MARK DAVIS, JR., the witness
 6    whose testimony is contained herein; that prior to being
      examined, he was by me duly sworn; that the proceedings were
 7    taken by me in machine shorthand and reduced by computer to
      typewriting; that the foregoing represents, to the best of my
 8    ability, a true and correct transcript of the proceedings had
      in the foregoing matter.
 9
                That, if applicable, the witness was notified through
10    counsel, by mail or by telephone, to appear and sign; that if
      the deposition is filed without signature, either the reading
11    and signing were waived by the witness and all parties, or
      the witness has failed to appear, and the original has been
12    sealed unsigned.

13              That pursuant to HRCP 30(f)(1) the original will
      be forwarded to noticing counsel for retention.
14
                I further certify that I am not attorney for any of
15    the parties hereto, nor in any way interested in the outcome
      of the cause name in the caption.
16
          Dated:
17


18


19
                              Cynthia M. Smith
20                            Notary Public, State of Hawaii
                              C.S.R. NO. 153
21
      My commission expires:
22    6-6-2006

23


24


25
```

CARNAZZO COURT REPORTING CO.
(808) 532-0222