# Violence Prediction and Risk Analysis
#### Pacific Institute for the Study of Conflict and Aggression

| | |
|---|---|
| Home Page<br>Our Philosophy<br>Evolution & Guidelines<br>Empirically-Based Methods<br>Workplace Violence<br>Training & Workshops<br>Books For Sale<br>Wanted:<br>Researchers & Authors<br>Downloadable Documents<br>Book Recommendations<br>Position Statement<br>American Psychology and Post 9-11 Terrorism<br>Dr. Harold Hall, Director | **Curriculum Vitae**<br><br>**HAROLD V. HALL, PhD, ABPP**<br><br>Professor and Interim Coordinator<br><br>Masters in Counseling Psychology Program<br><br>**Department of Psychology**<br>**University of Hawaii at Hilo**<br>200 W. Kawili Street<br>Hilo, HI 96720<br>(808) 974-7439<br>hhall@hawaii.edu<br><br>Forensic Neuropsychologist and Director<br>Pacific Institute for the Study of Conflict and Aggression<br>P.O. Box 819<br>Kamuela, Hawaii 96743<br>(808) 885-9800<br>Fax: (808) 880-1128<br>pacinst@lava.net<br><br>Home page: http://www.violenceprediction.com |

## EDUCATION

University Marie Curie-Sklodowska, Lublin, Poland. Fulbright Scholar, Neuropsychology. Research in violence risk analysis and genocide, and teaching in neuropsychology, clinical psychology, and terrorism (500 hours), 2003.

University of Rochester School of Medicine/Strong Memorial Hospital, New York. Fellow, Clinical Neuropsychology. Rotations in stroke rehabilitation, epilepsy, and neuropsychiatric conditions (2000 hours), 1991-1992.

Hawaii State Hospital, Kaneohe, Hawaii. Extern, Forensic Neuropsychology (1800 hours), 1988-1989.

Atascadero State Hospital, Atascadero, California. Clinical Psychology Intern. Rotations in forensic programs. APA-approved Clinical Psychology internship (2000 hours), 1970-1971.

Brigham Young University, Provo, Utah. MS, Psychology, 1969; PhD, Clinical Psychology, 1972. APA-approved Clinical Psychology program. Minor: Learning/Personality.

University of Nevada, Reno, Nevada. BA, Psychology, minor in Philosophy, 1966.

## PROFESSIONAL EXPERIENCE

Professor of Psychology and Interim Coordinator, University of Hawaii at Hilo (2005-present); Director, Psychological Consultants (1985-present); Director, Pacific Institute for the Study of Conflict and Aggression (1994-present); Director, Psychological Consultants (1986-present), Vet Center, Honolulu, and USAMEDDAC, Nuremberg, FRG (1982-1986), Veterans Administration Center, Bay Pines, Florida (1972-1974); and State of Hawaii Mental Health Division



(Kauai, Big Island, Oahu, 1975-1982); Nevada Girls Training Center, Caliente (1974-1975); Utah State Training School, American Fork (1969-1970); Platoon Leader (Airborne), First Lieutenant, Ordinance Corps, U.S. Army, Vietnam and Okinawa (1966-1968).

### CERTIFICATIONS

Diplomates in Clinical Psychology, Forensic Psychology, American Board of Professional Psychology (by examination); Diplomate in Forensic Neuropsychology, American Board of Psychological Specialties (by examination); Licensed Psychologist, Hawaii and Pennsylvania; the Pacific Institute is approved by the American Psychological Association to offer continuing education to psychologists; Fellow, American Psychological Association (1990-present); Fellow, American Academy of Forensic Psychologists (1982-present); Lifetime Member, American Board of Professional Psychology (1984-present); Fellow, International Society for Research on Aggression (1994-present); Distinguished Practitioner, National Academy of Practice in Psychology (1996-present).

### FORMAL COURSES TAUGHT

*Graduate:* Psychological Assessment, Psychopathology Over the Lifespan, Forensic Neuropsychology, Clinical Skills, Clinical Neuropsychology, Clinical Psychology, Psychopathology, Intelligence Testing, Psychological Intervention, Personal and Professional Development, Advanced Theories of Personality, Group Dynamics. *Undergraduate:* Psychological Aspects of Terrorism, Forensic Psychology, Industrial Psychology, Psychology of Sexual Expression, Abnormal Psychology, Personality Psychology, Community Psychology, Social Psychology, Adolescent Psychology, Child Development, Experimental Psychology, Psychology of Adjustment, Intro Psychology (Univ Maryland, Univ Hawaii, Hawaii Pacific Univ, City Colleges of Chicago, Forest Institute of Professional Psychology, Chaminade Univ Honolulu, Central Michigan Univ). Field site supervisor for University of Hawaii, Boston University, Hawaii Pacific University.

### CONSULTANTSHIPS

*Forensic Agencies:* FBI, U.S. Secret Service, National Bureau of Prisons, Hawaii police departments, Hawaii criminal justice system agencies, Judge Advocate General (Europe); *Neuropsychology:* Rehabilitation Hospital of the Pacific, Queens Medical Center, Rochester Psychiatric Center; *Clinical Psychology:* Health systems and agencies in Hawaii and Mainland; *Military Agencies:* Kaneohe Marine Corps Air Station, Tripler Army Medical Center, Family Advocacy Program and Sexual Assault Victims' Programs at U.S. Army Hospital, Nuremberg, FRG; *Substance Abuse and Other Treatment Agencies:* Serenity House, Kauai County Substance Abuse Program, Hilo Vet Center; *National Examiner:* American Board of Professional Psychology.

### GRANTS

Awarded five grants in test construction, creativity, violence prediction, cross-validation of a violence risk measure, creation of a genocide early warning system, and criminality (awarded by the Fulbright Commission, American Psychological Association, National Institute of Mental Health, Forest Institute of Professional Psychology, Bishop Trust).

### PROFESSIONAL PRESENTATIONS

Hall, H.V. (2005, March). *Violence Risk Analysis: Empirically-based Methods.* Presented at Best Forensic Practices of the Hawaii State Adult Mental Health

Division Conference, Honolulu, HI.

Hall, H.V. (2005, April and August). *Taking Back the Big Island: Methamphetamine Abuse Intervention.* Workshops presented in Kailua-Kona, HI.

Hall, H.V. (2003, December). *Nonverbal Methods of Neuropsychological Evaluation.* Presented at University Maria Curie-Sklodowska, Lublin, Poland.

Hall, H.V. (2003, December). *Arousal and Stress Reduction Methods.* Presented at University Maria Curie Sklodowska, Lublin, Poland.

Hall, H. V. (2003, November). *Cognitive-Behavioral Treatment of Post- Traumatic Stress Disorder.* Presented at University Maria Curie-Sklodowska, Lublin, Poland.

Hall, H.V. (2003, November). *Spousal Abuse and Wife Battering: Evaluation and Treatment.* Presented at STOP Program, Lublin, Poland.

Hall, H. V. (2003, October). *Family Violence: Treatment of Post- Traumatic Stress Disorder.* Presented at Family Clinic for Preventive Therapy, Lublin, Poland.

Hall, H.V. (2003, October). *Psychological Principles and Terrorism Prediction.* Presented at Quaero, Student Scientific Association, University Maria Curie-Sklodowska, Lublin, Poland.

Hall, H.V. (2003, October) *Terrorism: The Delphi Method.* Presented at Quaero, Student Scientific Association, University Maria Curie-Sklodowska, Lublin, Poland.

Hall, H.V. (2003, October). *Terrorism: "For if we accept this, there is nothing we will not accept".* Presented at Quaero, Student Scientific Association, University Maria Curie - Sklodowska, Lublin, Poland.

Hall, H.V. (2003, September). *Detecting Malingering and Deception.* Presented at psychiatric hospital, Lublin, Poland.

Hall, H.V. (2003, September). *Workplace Violence and Mass Murder.* Presented at Institute Pedagogics, University Maria Curie-Sklodowska, Lublin, Poland.

Hall, H.V., & Sumida, J. (2000, 2001, 2003). *Workplace Violence Risk Assessment.* Presented in Honolulu, Hilo, Waikoloa and Waimea. Pacific Institute for the Study of Conflict and Aggression.

Hall, H.V. (2002, May). *Legal Aspects.* Fourth Annual Hawaii Conference on Addictions. Honolulu: Department of Psychiatry, John A. Burns School of Medicine.

Hall, H.V. (2001, July and November). *Violence on the Job: Prevention and Intervention.* Trinity Broadcast Station TBN, Honolulu, Hawaii and Channel 26, Kihei, Maui.

Hall, H.V. (2001, October). *Methamphetamine Use and the Mental Health Expert in Criminal Forensic Contexts.* Honolulu: Hawaii Psychological Association.

Hall, H.V. (2001-2002). *Workplace Violence Risk Analysis and Interventions.* Workshops presented in Honolulu, HI; Seattle, WA; Anaheim, CA; Hilo, HI; and Waikoloa, HI. Pacific Institute for the Study of Conflict and Aggression.

Hall, H.V. & Austin, B. (2001, May). *Risk Assessment for Children and Adolescents.* Violence Against Children Conference presented by Office of the Prosecuting Attorney, Hilo, Hawaii.

Hall, H.V. (2000, July). *Predicting Juvenile Violence Using Empirically-based Tests.* Pediatric Brain Injury: Prevention, Identification and Treatment Conference, Honolulu, Hawaii.

Hall, H.V. (2000, August). *Crystal Methamphetamine Abuse in Hawaii.* Kohala Family Center, Kapaau, Hawaii.

Hall, H.V., Cunningham, T., & Jaekel, W. (1999, October). *Violence Prediction and Risk Analysis.* Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V., Acklin, M., Goodyear, B., Kappenberg, R., & Smith, G. (1999, October). *Developing and Maintaining a Successful Practice in Criminal-Forensic and Civil-Forensic Psychology.* Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. & Howard, E. (1999, September). *Criminal-Forensic Aspects of Methamphetamine Abuse.* Pacific Institute for the Study of Conflict and Aggression, Kamuela, Hawaii.

Hall, H.V. (1999, June-July). *Violence Prediction and Risk Analysis.* Pacific Institute for the Study of Conflict and Aggression, Kamuela, Hawaii.

Hall, H.V. (1998, September). *Principles of Violence and Aggression.* Research Center of War and Culture, East China University of Science and Technology, Shanghai, People's Republic of China.

Hall, H.V. (1998, September). *Violence Prediction in Cross-Cultural Contexts.* Center for American Studies, Fudan University, Shanghai, People's Republic of China.

Hall, H.V. (1998, September). *Victims of Violence and Post-Traumatic Stress Disorder Intervention.* Department of Psychology, Peking University, Beijing, People's Republic of China.

Hall, H.V. (1998, September). *Profiling Terrorists in the United States.* China Institute of Contemporary International Relations, China Academy of Social Science, Beijing, People's Republic of China.

Hall, H.V. (1997, August). *Lethal Violence 2000: Fatal Domestic, Acquaintance and Stranger Aggression.* Worship presented at the American Psychological Association, Chicago, Illinois.

Hall, H.V. (1997, August). *Lethal Violence 2000: Fatal Domestic, Acquaintance and Stranger Aggression.* Kentucky Correctional System, Louisville, Kentucky.

Hall, H.V. (1997, July). *Violence in America.* Invited participant on *Conversations*, Station KBLF, Red Bluff, California.

Hall, H.V. (1996, May). *Forensic Neuropsychology.* Tripier Army Medical Center, Honolulu, Hawaii.

Hall, H.V. (1994-1995). Workshops presented to professional community in Waimea, Hawaii, co-sponsored by Child and Adolescent Mental Health, Department of Health, State of Hawaii.

1. Distortion and deception in children and significant others.
2. Axis II acting out disorders in children and adolescents.
3. Axis III and Axis IV: Child neuropsychology and stress analysis.
4. Axis I conditions: Treatment considerations.

Hall, H.V. (1994, August). *Applied Forensic Psychology.* Workshop presented by Psychological Consultants, Inc., Kamuela, Hawaii.

Hall, H.V. (1994, August). *Risk Analysis and Dangerousness.* Workshop presented by Psychological Consultants, Inc., Kamuela, Hawaii.

Hall, H.V. (1993, November). *Forensic Neuropsychology.* Seminars presented to professional community in Hawaii at the Rehabilitation Hospital of the Pacific, Honolulu, Hawaii.

1. Neuropsychological malingering
2. Attention and concentration
3. Memory
4. Pain
5. Executive disorders
6. General clinical neuropsychology

McClain, V., Jamison, E. & Hall, H.V. (1993, August). *Quick Determination of Deception Using Forced Choice Methodology.* Poster session at American Psychological Association, Toronto, Canada.

Hall, H.V. & Brown, K. (1993, August). *Head Injury Evaluation and Treatment.* Presented on KQMQ "Street Talk", Honolulu, Hawaii.

Hall, H.V. & Brennan, E. (1993, June). *Deception Analysis.* Presented at The Queen's University, Belfast, Northern Ireland, United Kingdom.

Hall, H.V. & Brennan, E. (1993, June). *Forensic Neuropsychology.* Presented at The Queen's University, Belfast, Northern Ireland, United Kingdom.

Hall, H.V. & Brennan, E. (1993, June). *Dangerousness Prediction.* Presented at The Queen's University, Belfast, Northern Ireland, United Kingdom.

Hall, H.V. (1993, April-May). *Dangerousness Prediction.* Six seminars presented to Hawaii State Hospital staff, Kaneohe, Hawaii.

Hall, H.V. (1993, April). *Neuropsychology and Deception.* Seminar presented at the Hawaii Neuropsychological Group, Honolulu, Hawaii.

Hall, H.V. (1992, January-May). *Clinical Neuropsychology.* Seminars presented to staff at Rochester Psychiatric Center, Rochester, New York.

1. Forced choice methods in assessing faking
2. Neuropsychology of aggression

Hall, H.V. (1992, October). *Maximizing Treats: Avoiding Tricks.* Presented at "Factitious Disorders in Health Care" workshop at Pali Momi Medical Center, Honolulu, Hawaii.

Hall, H.V. (1991-1992). *Clinical neuropsychology.* Seminars presented to staff/fellows at University of Rochester Medical Center, Department of Psychiatry, Rochester, New York.

1. Multiple sclerosis
2. Basal ganglia disorders: Fahr's Syndrome
3. Huntington's Disease
4. Epilepsy and pseudoseizures
5. Deception analysis of malingered brain injury

Hall, H.V. (1991, January-May). *The mental health-law interface*. Series of 10 seminars presented to psychology and social work interns at the Queen's Medical Center, Honolulu, Hawaii.

1. Current status and professional roles in forensic psychology
2. Psychology of lawyering and interacting with court actors
3. The forensic distortion analysis: Detecting deception
4. Competency and fitness issues
5. Insanity and criminal responsibility
6. Diminished capacity and partial mental responsibility
7. Extreme emotion as mitigation to murder
8. Dangerousness prediction
9. Sentencing and treatment issues
10. New forensic directions

Hall, H.V. & Hashimoto, D. (1991, January). *Crystal Methamphetamine Abuse: The Ice Age in Hawaii*. Invited participant on Channel 20, Hawaii public television; televised four times.

Hall, H.V., Needles, T. & Coates, B. (1991, January). *Child Custody Disputes*. Invited participant on Channel 20, Hawaii public television; televised four times.

Hall, H.V. (1990). Hawaii Psychological Association Presidential Column.

*HPA Psychologists and the 90s.* (Vol. 8, Summer, 1990).

*Forensic Factors in Paradise.* (Vol. 8, Fall, 1990).

*The Seville Statement on Violence and the Middle East Crisis* (Vol. 8, Winter, 1990).

Hall, H.V. & Brennan, E. (1990, October). *Prediction of Criminality*. The Higher School of Special Education, Warsaw, Poland.

Hall, H.V. & Brennan, E. (1990, October). *The American Criminal Justice System*. The Higher School of Special Education, Warsaw, Poland.

Hall, H.V. & Brennan, E. (1990, October). *Deception Analysis*. Maria Curie-Sklodowska University, Lublin, Poland.

Hall, H.V. (1990, October). *Current Status of Psychology in America*. Maria Curie-Sklodowska University, Lublin, Poland.

Hall, H.V. (1990, October). *Psychosocial Adjustment of Patients with Brain Injury*. Annual Scientific Symposium of the Polish Society of Rehabilitation, Krakow, Poland.

Hall, H.V. (1990, August-October). *The Mental Health-Law Interface*. A series of 10 seminars presented at the Hawaii State Hospital, Kaneohe, Hawaii.

Hall, H.V. (1990, January-May). *The Mental Health-Law Interface*. A series of 10 seminars presented to psychology interns at the Queen's Medical Center, Honolulu, Hawaii.

Hall, H.V. & Kilauano, W. (1990, January). *PTSD in War Veterans*. Paper presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. & Morrow, J. (1990, January). *Japanese Psychotherapy: Morita and Naikan applications to clinical practice in America*. Paper presented at a meeting of the Hawaii

Psychological Association.

Shooter, E., Hall, H.V., Onorato, V., Craine, J. & Tsushima, W. (1990, January). *Assessment of Distortion and Malingering: Current Methods and Promising Research.* Panel presentation at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Woodruff, R. & Hall, H.V. (1990, January). *Predicting Behavioral Patterns with Crime Characteristics.* Paper presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V., Spencer, L., & Quilausing, E., with Ross, A. (host) (1989, June). *Crime and Violence: Is There Trouble in Paradise?* Invited participants on Channel 20, Hawaii public television. Televised four times.

Hall, H.V. (1989, June). *Crime and Violence: Results of an 800-Person Survey on Murder and Serious Violence.* (Insight: A presentation of Citizens for America). Invited participant on Channel 20, Hawaii public television. Televised four times.

Hall, H.V. (1989, June). *Criminal Profiling.* Presented at a workshop sponsored by Psychological Consultants, Honolulu, Hawaii.

Hall, H. V. & Mirikitani, W. (1988). *Crime and Violence.* Invited speakers on Channel 20, Hawaii public television. Televised four times.

Hall, H.V. (1987, August). *Violence Prediction.* Workshop presented at a postdoctoral institute sponsored conjointly by the American Psychological Association (Division 13) and the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. (1986, January). *Antisocial Acts and Violence:: Tracking Severity and Escalation Over Time.* Presented at Hawaii Correctional Association, Honolulu, Hawaii.

Hall, H.V. (1985, November). *The Insanity Defense.* Presented at a workshop of the Hawaii Prosecuting Attorneys Association, Honolulu, Hawaii.

Hall, H.V. (1985, November). *PTSD and Divorce Counseling.* Presented at the Hawaii Conference on Posttraumatic Stress Disorder, Honolulu, Hawaii.

Hall, H.V. & Molnar, S. (1985, November). *Ethnicity and Divorce Counseling.* Paper presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. & Brown, R. (1985, July-September). *Advanced Life Skills.* A series of ten workshops on survival and self-actualization presented at the Vietnam Veterans Center, Honolulu, Hawaii.

Marvit, R. & Hall, H.V. (1985, March). *Dangerous Behavior.* Presented at the Hawaii Institute for Management and Analysis of Government, Honolulu, Hawaii.

Hall, H.V. (1984, December). *The Prediction of Dangerousness.* Presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. & Westgate, J. (1984, August). *Short-Term Violence Prediction: A Prospective Study.* Paper presented at a meeting of Division 41, American Psychological Association, Ontario, Canada.

Hall, H.V. (1982, 1983). *Clinical Strategies in Predicting Dangerousness to Others.* Workshops presented in West Berlin, Bremerhaven, Ansbach, Bamberg, Grafenwoehr,

and Nuernberg, Germany, 1982; Pisa, Italy, 1983.

Hall, H.V. (1982, June and 1983, November). *Hypnosis and Stress-Management Training.* Paper presented at a meeting of the European Recreational Society, Bad Kissingen and Oberhambach, Germany.

Hall, H.V. (1983, March). *Guided Imagery and Relaxation Methods.* Two-day experiential workshop presented at the First Armored Division Headquarters, Amberg, Germany.

Hall, H.V. (1983, February). *Self-Hypnosis and Other Autosuggestion Methods.* Paper experiential session presented at the Department of Defense Wellness Weekend, Berchtesgarden, Germany.

Hall, H.V. (1983, August). *Divorce Counseling.* Paper presented at a meeting of the American Psychological Association, Anaheim, California.

Hall, H.V. (1982, September). *Marital Counseling.* Paper presented at a meeting of the National Association of Social Workers, European Division, Nuernberg, Germany.

Hall, H.V. & McLaughlin, D.E. (1981, December). *Expert Testimony and Dangerousness Prediction: Impact on Judges and Probation Officers.* Paper presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. & Fogelman, E. (1981, November). *The Insanity Defense.* A series of four invited appearances on KITV, Honolulu, Hawaii. Series awarded American Bar Association Certificate of Merit (Gavel Award), 1982.

Hall, H.V. (1981, Spring). *Prediction of Human Social Violence.* Seven seminars presented at the Hawaii Institute for Management and Analysis of Government, Honolulu, Hawaii.

1. Ethics and court cases in dangerousness prediction
2. Epidemiological and cross-cultural considerations
3. True basal violence
4. Triggering stimuli to aggression
5. Opportunity factors associated with dangerousness
6. Inhibitions to violence
7. Research and new directions in violence prediction

Hall, H.V., Marsland, C. & Vitousek, B. (1981, June). *Juvenile Delinquency: Causes and Cures.* Invited participants on KITV, Honolulu, Hawaii.

Hall, H.V. (1980, December). *Accurate Prediction of Dangerous Behavior: Statistical Schemes.* Paper presented at a meeting of the Hawaii Psychological Association, Honolulu, Hawaii.

Hall, H.V. (1979, December). *Psychological Factors Related to the Onset of Neoplastic Disease.* Paper presented at a meeting of the Hawaii Psychological Association, Hilo, Hawaii.

Hall, H.V., Shinedling, M.S. & Thorne, D.E. (1970, May). *Suppression of Self-Destructive Behavior in Retardates.* Paper presented at a meeting of the Rocky Mountain Psychological Association, Salt lake City, Utah.

Thorne, D.E. & Hall, H.V. (1969, November). *Hypnosis and Memory: The Comparable Effects of Various Suggestions, Procedures and Susceptibility Variables.* Paper presented at a meeting of the International Conference on Hypnosis, Palo Alto, California.

## BOOKS AND BOOK CHAPTERS

Hall, H.V. (in prep). *Overview of Methamphetamine Use.* In *Methamphetamine Use: Clinical and Forensic Aspects.* (2nd Ed.).

Yudko, E., Hall, H.V., & McPherson, S. (in prep). *Methamphetamine use: Clinical and Forensic Aspects*, Second Edition. Boca Raton, FL: CRC Press.

Hall, H.V. (2003). *Anecdotal Evidence of the Effects of Methamphetamine on Aggression.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 67-69. Boca Raton, Florida: CRC Press.

Hall, H.V. (2003). *Criminal Responsibility.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 177-194. Boca Raton, Florida: CRC Press.

Hall, H.V. (2003). *Introduction: Psychological Study of Terrorism.* Co-published simultaneously by Haworth Press, Inc., New York, pp. 1-8, and *Journal of Threat Assessment*, Vol. 2, No.3, pp. 1-8, 2003.

Hall, H.V. (2003). *Mitigation to Murder.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 149-150. Boca Raton, Florida: CRC Press.

Hall, H.V. (2003). *Temporal Characteristics of Methamphetamine with Forensic Implications.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, Appendix IV, pp. 325-326. Boca Raton, Florida: CRC Press.

Hall, H.V. (Editor, 2003). *Terrorism: Strategies for Intervention.* Co-published simultaneously by Haworth Press, Inc., New York, and *Journal of Threat Assessment*, Vol. 2, No. 3.

Hall, H.V., McPherson, S., & Twemlow, S. (2003). *Expert Testimony.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 85-95. Boca Raton, Florida: CRC Press.

Hall, H.V., McPherson, S., Twemlow, S., & Yukdo, E. (2003). *Dangerousness Prediction in Methamphetamine Cases.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 195-199. Boca Raton, Florida: CRC Press.

Hall, H.V., McPherson, S., Twemlow, S., & Yudko, E. (2003). *Diagnosis of Methamphetamine Use*, pp. 55-63. In Yudko, E., Hall, H.V., & McPherson,S., *Methamphetamine Use: Clinical and Forensic Aspects*. Boca Raton, Florida: CRC Press.

Hall, H.V., McPherson, S., Twemlow, S., &Yudko, E. (2003). *Effects of Methamphetamine Use.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 47-53. Boca Raton, Florida: CRC Press.

Hall, H.V., McPherson, S., Twemlow, S., &Yudko, E. (2003). *Epidemiology.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 3-12. Boca Raton, Florida: CRC Press.

Hall, H.V., McPherson, S., Twemlow, S., & Yudko, E. (2003). *Miranda Rights, Interrogation, and Competency to Confess.* In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 167-176. Boca Raton, Florida: CRC Press.

Yudko, E., Hall, H.V., & McPherson, S. (2003). *Methamphetamine use: Clinical and Forensic Aspects*. Boca Raton, FL: CRC Press.

Yudko, E., Hall, H.V., McPherson, S., & Twemlow, S. (2003). *Physiology*. In Yudko, E., Hall, H.V., & McPherson, S., *Methamphetamine Use: Clinical and Forensic Aspects*, pp. 37-46. Boca Raton, Florida: CRC Press.

Hall, H.V. & Ebert R. (2002). *Violence prediction: Guidelines for the Forensic Practitioner*, Second Edition. Springfield, IL: Charles C. Thomas.

Hall, H.V. & Pritchard, D.A. (2002). *Workplace Violence Risk Analysis: Effective Prediction and Intervention Strategies*. Kamuela, HI: Pacific Institute for the Study of Conflict and Aggression.

Hall, H.V., Yudko, E., & McPherson, S. (2002). *Methamphetamine Use and the Mental Health Witness in Criminal-Forensic Contexts*, Second Edition. Kamuela, Hawaii: Pacific Institute for the Study of Conflict and Aggression.

Hall, H. & Poirier, J. (2001). *Detecting Malingering and Deception: Forensic Distortion Analysis,* Second Edition. Boca Raton, FL: CRC Press.

Hall, H.V. (1999). *Collective Violence: Can We Reframe Our Priorities in Time?* In H.V. Hall & L. Whitaker (Eds.), *Collective Violence: Effective Strategies for Assessing and Intervening in Fatal Group and Institutional Aggression*, pp. xvii-xxiv. BocaRaton, Florida: CRC Press.

Hall. H.V. (1999). *Violent Groups and Institutions in the United States*. In H.V. Hall & L. Whitaker (Eds.), *Collective Violence: Effective Strategies for Assessing and Intervening in Fatal Group and Institutional Aggression*, pp. 3-80. Boca Raton, Florida: CRC Press.

Hall H.V., Twemlow, S., & McPherson, S. (1999). *Methamphetamine Abuse and the Mental Health Expert Witness in Criminal-Forensic Contexts*. A special report of the Pacific Institute for the Study of Conflict and Aggression, Kamuela, Hawaii.

Hall, H.V. & Whitaker, L.C. (Editors, 1999). *Collective Violence: Effective Strategies for Assessing and Intervening in Fatal Group and Institutional Aggression*. Boca Raton, FL: CRC Press.

Hall, H.V. & Whitaker, L. (1999). *The Urgent Task Ahead: Predictions and Recommendations in Preventing Collective Violence*. In H.V. Hall & L. Whitaker (Eds.), *Collective Violence: Effective Strategies for Assessing and Intervening in Fatal Group and Institutional Aggression*, pp. 601-620. Boca Raton, Florida: CRC Press.

Anderson, R., Needles, T. and Hall, H. (1998). *Avoiding Professional Misconduct in Psychology Specialty Areas*. Springfield, IL: Charles C. Thomas.

Hall, H.V. (1998). *Ethics in Forensic Psychology*. In R. Anderson, T. Needles, and H.V. Hall, *Avoiding Ethical Misconduct in Psychological Specialty Areas*, pp. 166-173. Springfield, Illinois: Charles C Thomas.

Hall, H.V. (1996). *Death by Institutions: Fatal Collective Violence*. In H.V. Hall (Ed.), *Lethal Violence 2000: A Sourcebook on Fatal Domestic, Acquaintance and Stranger Aggression*, pp. 663-690. Kamuela, Hawaii: Pacific Institute for the Study of Conflict and Aggression.

Republished in H.V. Hall & L. Whitaker (Eds., 1999), *Collective Violence: Effective Strategies for Assessing and Intervening in Fatal Group and Institutional Violence*, pp. 365-390. Boca Raton, Florida: CRC Press.

Hall, H.V. (1996). *Intervention in Lethal Violence.* In H.V. Hall (Ed.), *Lethal Violence 2000: A Sourcebook on Fatal Domestic, Acquaintance and Stranger Aggression*, pp. 469-478. Kamuela, Hawaii: Pacific Institute for the Study of Conflict and Aggression.

Hall, H.V. (Editor, 1996). *Lethal violence 2000: A Sourcebook on Fatal Domestic, Acquaintance and Stranger Aggression.* Kamuela, HI: Pacific Institute for the Study of Conflict and Aggression. Republished in 1999, Boca Raton, FL: CRC Press.

Hall, H.V. (1996). *Overview of Lethal Violence.* In H.V. Hall (Ed.), *Lethal Violence 2000: A Sourcebook on Fatal Domestic, Acquaintance and Stranger Aggression*, pp. 1-52. Kamuela, Hawaii: Pacific Institute for the Study of Conflict and Aggression.

Hall, H.V. & Pritchard, D.A. (1996). *Detecting Malingering and Deception: Forensic Distortion Analysis (FDA).* Boca Raton, FL: CRC Press.

Hall, H.V. (1994). *Malingering.* In R. Corsini (Ed.), *Encyclopedia of Psychology.* New York: Macmillan.

Hall, H.V. (1993). *Criminal-Forensic Neuropsychology of Disorders of Executive Functions.* In H. Hall & R. Sbordone (Eds.), *Disorders of Executive Functioning: Civil and Criminal Law Applications*, pp. 37-78. Winter Park, FL: PMD Publishers Group, Inc.

Hall, H.V. (1993). *Linkage of Evaluation and Crime Behavior: Inventory of Defendant Competencies and Self-Control.* In H. Hall & R. Sbordone (Eds.), *Disorders of Executive Functioning: Civil and Criminal Law Applications*, pp. 163-186. Winter Park, FL: PMD Publishers Group, Inc.

Hall, H. & Sbordone, R. (Editors, 1993). *Disorders of Executive Functioning: Civil and Criminal Law Applications.* Winter Park, FL: PMD Publishers Group, Inc.

Hall, H.V. (1987). *Violence Prediction: Guidelines for the Forensic Practitioner.* Springfield, IL: Charles C. Thomas.

Hall, H. & Shelgren, M. (1983). *Breaking Up: A Divorce Manual.* Honolulu, HI: Psychological Consultants Press.

## JOURNAL ARTICLES

Austin, B., Hall, H.V., Yudko, E., Rodriguez-Sehk, P., & Park, C. (2005). Determining probabilities of violence risk in adolescent offenders: A prospective two-year follow-up. Manuscript in preparation.

Hall, H.V., Spohn, K., & Bresciani, P. (2005). Methamphetamine-related pathological intoxication and insanity with contributions from applied forensic psychology. Manuscript submitted for publication.

Hall, H.V. & Thompson, J. (2005). Explicit alternative testing (EAT): towards clinical-forensic applications. Manuscript submitted for publication.

Hall, H.V. & Thompson, J. (2005). Explicit alternative testing (EAT): application of the binomial probability distribution to clinical-forensic evaluations. Manuscript submitted for publication.

Hall, H.V., Yudko, E., & Austin, B. (2005). Determining probabilities of violence risk in adolescent offenders. Manuscript submitted for publication.

Hall, H.V. (2001). Violence prediction and risk analysis: Empirical advances and

guidelines. *Journal of Threat Assessment, 1,* 1-39.

Hall, H.V., Mee, C., & Bresciani, P. (2001). Extreme mental or emotional disturbance (EMED). Honolulu, HI: *University of Hawaii Law Review,* 431-478.

Mee, C. & Hall, H.V. (2001). Risky business: Assessing dangerousness in Hawaii. Honolulu, HI: *University of Hawaii Law Review,* 63-120.

Hall, H.V. (1994). Hallucinations. *Encyclopedia of psychology.* New York: Macmillan, Volume 2, 101-102.

Hall, H.V. (1994). Deception. *Encyclopedia of psychology.* New York: Macmillan, Volume 1, 386-389.

Hall, H.V., Shooter, E., Craine, J., & Paulsen, S. (1991). Explicit alternative testing for claimed visual recall deficits: A trilogy of studies. *Forensic Reports, 4,* 259-279.

Paulsen, S. & Hall, H.V. (1991). Common Sense Process Factors in Deception Analysis. *Forensic Reports, 4,* 37-39.

Hall, H.V. (1990). Extreme Emotion. *University of Hawaii Law Review, 12,* 39-82.

Hall, H.V. (1990). Review of traumatic brain injury and neuropsychological impairment, R. Parker, Springer-Verlag, 1990. *New York Society of Clinical Psychologists, 20,* 7.

Shooter, E. & Hall, H.V. (1990). Explicit Alternative Testing for Deliberate Distortion: Towards an Abbreviated Format. *Forensic Reports, 4,* 45-49.

Shooter, E. & Hall, H.V. (1989). Distortion Analysis on the MMPI and MMPI-2. *Bulletin of the American Academy of Forensic Psychology, 10,* 9.

Hall, H.V. (1984). Forensic Evaluations and Court Testimony in the U. S. military. *Bulletin of the American Academy of Forensic Psychology, 5,* 19-23.

Hall, H.V. & Shooter, E. (1989). Explicit alternative testing for feigned memory deficits. *Forensic Reports, 2,* 277-286.

Hall, H.V. & McNinch, D. (1988). Linking crime-specific behavior to neuropsychological impairment. *International Journal of Clinical Neuropsychology, 10,* 113-122.

Hall, H.V. & Hall, F.L. (1987). Post-traumatic stress disorder as a legal defense in criminal trials. *American Journal of Forensic Psychology, 5,* 45-53.

Hall, H.V. (1986). The forensic distortion analysis: A proposed decision tree and report format. *American Journal of Forensic Psychology, 4,* 31-59.

Hall, H.V. (1985). Cognitive and volitional capacity assessment: A proposed decision tree. *American Journal of Forensic Psychology, 3,* 3-17.

Hall, H.V. (1984). Predicting dangerousness for the courts. *American Journal of Forensic Psychology, 4,* 2-8.

Hall, H.V. (1984). Correctional institutions. In R. Corsini (Ed.), *Wiley Encyclopedia of Psychology* (Vol. I, 296-297). New York: John Wiley and Sons. Republished in 1987 in R. Corsini (Ed.), *Concise Encyclopedia of Psychology,* 254-255. New York: John Wiley and Sons.

Hall, H.V., Catlin, E., Boissevain, A., & Westgate, J. (1984). Dangerous myths about predicting dangerousness. *American Journal of Forensic Psychology, 2,* 173-193.

Hall, H.V. (1983). Guilty but Mentally Ill: Feedback from State Attorneys General. *Bulletin of the American Academy of Forensic Psychology 4,* 2- 8.

Hall, H.V. (1982). Dangerousness prediction and the maligned forensic professional: Suggestions for estimating true basal violence. *Criminal Justice and Behavior, 9,* 3-12.

Hall, H.V. (1973). The relative efficacy of self-reinforcement and direct reinforcement as a function of perceived internal-external control of rewards and punishment. *Perceptual and Motor Skills, 37,* 753-754.

Hall, H.V. (1973). Self-Reinforcement: A Complement to Environmental Intervention. *Newsletter for Research in Mental Health and Behavioral Sciences, 15,* 15-17.

Hall, H.V., Price, A.B., Shinedling, M., Peizer, S.B. & Massey, R.H. (1973). Control of Aggressive Behavior in a Group of Retardates Using Positive and Negative Reinforcement Procedures. *Training School Bulletin, 70,* 179-186.

Hall, H.V., Shinedling, M.A. &Thorne, D.C. (1973). Overcoming Situation-Specific Problems Associated with Typical Institutional Attempts to Suppress Self-Mutilative Behavior. *Training School Bulletin, 70,* 111-114.

updated 1/23/06

Copyright © 2000, Pacific Institute for the Study of Conflict and Aggression, Kamuela, Hawaii 96743.
Address email inquiries to: PacInst@ViolencePrediction.com