IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>    Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>    Defendants. | CIVIL NO. 04-00418 ACK/BMK<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2006, a true and correct copy of Plaintiff Allstate Insurance Company's Reply Memorandum In Support Of Motion For Summary Judgment was duly served upon the following by delivering in the following manner at their last known address:

*Served Electronically Through CM/ECF*

| | | |
|---|---|---|
| Keith K. Hiraoka | khiraoka@rlhlaw.com | on March 17, 2006 |
| Joy A. San Buenaventura | joyesq@gmail.com | on March 17, 2006 |

DATED:   Honolulu, Hawaii, March 17, 2006.

_____
RICHARD B. MILLER
PATRICIA KEHAU WALL

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY