IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) <br> an Illinois corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK DANIEL DAVIS; ELLEN ) <br> PEARL DAVIS; and MARK DAVIS, ) <br> JR., a minor, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> GEORGE TADEO and TUMATA ) <br> TADEO, ) <br> ) <br> Intervenors. ) <br> _____) | Civ. No. 04-00418 (ACK/BMK) |

### ORDER GRANTING INTERVENORS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Court GRANTS Intervenors' Motion for Leave to file a Supplemental Memorandum in Opposition to Plaintiff's Motion for Summary Judgment.

The Court is concerned with the dilatory nature of Intervenors' repeated filings and general failure to comply with District of Hawaii Local Rule 7.4.  However, in the interest of justice, the Court will consider Intervenors' Supplemental Memorandum.  The Court also grants Plaintiff leave to file a reply to Intervenors' Supplemental Memorandum.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 23, 2006.



_____
Alan C. Kay
Sr. United States District Judge

ALLSTATE INSURANCE COMPANY v. DAVIS, Civ. No. 04-00418 ACK/BMK, ORDER GRANTING INTERVENORS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT