IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>Defendants. | CIVIL NO. 04-CV-418<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2006, a true and correct copy of Plaintiff Allstate Insurance Company's Reply to Intervenors' Supplemental Memorandum in Opposition to Plaintiff's Motion for Summary Judgment was

duly served upon the following by delivering in the following manner at their last known address:

*Served Electronically Through CM/ECF*

| | | |
|---|---|---|
| Keith K. Hiraoka | khiraoka@rlhlaw.com | on March 24, 2006 |
| Joy A. San Buenaventura | joyesq@gmail.com | on March 24, 2006 |

DATED:   Honolulu, Hawaii, March 24, 2006.

*/s/ Michael M.*
for RICHARD B. MILLER
PATRICIA KEHAU WALL

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY