TOM PETRUS & MILLER, LLLC

RICHARD B. MILLER             3729-0
rmiller@tpm-hawaii.com
Telephone: (808) 792-5855
PATRICIA KEHAU WALL    3498-0
kwall@tpm-hawaii.com
Telephone: (808) 792-5823
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone: (808) 792-5800

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>Defendants. | CIVIL NO. 04-00418 ACK/BMK<br>(Declaratory Judgment)<br><br>SUPPLEMENTAL DECLARATION OF PATRICIA KEHAU WALL IN SUPPORT OF PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT; EXHIBITS "4" AND "5"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:   March 28, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Alan C. Kay<br><br>Trial date: None |

**SUPPLEMENTAL DECLARATION OF PATRICIA KEHAU WALL IN SUPPORT OF PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

PATRICIA KEHAU WALL, pursuant to 28 USCA Section 1746 and FRCP Rule 4(e)(1), hereby declares as follows:

1. She is an attorney licensed to practice law in the State of Hawaii and is the attorney representing Plaintiff Allstate Insurance Company in the above-entitled action.

2. Attached as Exhibit 4 is a true and accurate certified copy of the Complaint filed on June 7, 2005 in State of Hawaii vs. Mark Davis, Jr., Cr. No. 05-1-0182, Circuit Court of the Third Circuit.

3. Attached as Exhibit 5 is a true and accurate certified copy of the Judgment of Acquittal and Order Committing Defendant to the Custody of the Director of Health filed on June 7, 2005 in State of Hawaii vs. Mark Davis, Jr., Cr. No. 05-1-0182, Circuit Court of the Third Circuit.

4. This Supplemental Declaration is being filed electronically, and the original Supplemental Declaration with the original certified copies of Exhibits 4 and 5 will be delivered to Judge Kay.

I, PATRICIA KEHAU WALL, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 29, 2006.

_____
PATRICIA KEHAU WALL