JAY T. KIMURA 2497
Prosecuting Attorney

CHARLENE Y. IBOSHI 2726
First Deputy Prosecuting Attorney
County of Hawaii
34 Rainbow Drive
Hilo, HI 96720

Tel. No. 961-0466

Attorneys for State of Hawaii

FILED

2005 JUN -7  AM 9: 24

C. OKAWA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | ) CR. NO. __05 - 1__ _-0 1 8 2 |
| | ) |
| vs. | ) COMPLAINT |
| | ) |
| MARK DAVIS, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## COMPLAINT

### COUNT I  (G-82264/PN)

On or about the 27th day of September, 2001, in the County and State of

Hawaii, MARK DAVIS, JR., intentionally or knowingly caused the death of another

person, KAUILANI LUCAS-TADEO, a minor age 6, in a manner that was especially

heinous, atrocious, or cruel, manifesting exceptional depravity, thereby committing the

offense of Murder in the Second Degree, in violation of Sections 707-701.5, 706-657,

I hereby certify that this is a full, true and
correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

EXHIBIT  4

and 706-660.2 of the Hawai'i Revised Statutes, as amended.

### COUNT II  (G-30437/PN)

On or about the 27th day of September, 2001, in the County and State of

Hawaii, MARK DAVIS, JR., knowingly engaged in sexual penetration with KAUILANI

LUCAS-TADEO, a minor age 6, a person who was less than fourteen years old, by

inserting his penis and/or any part of his body and/or an object into KAUILANI

TADEO's  vagina, thereby committing the offense of Sexual Assault in the First Degree,

in violation of Sections 707-730(1)(b) and 706-660.2, Hawai'i Revised Statutes, as

amended.

### COUNT III  (G-82485/PN)

On or about the 27th day of September, 2001, in the County and State of

Hawaii, MARK DAVIS, JR., knowingly engaged in sexual penetration with KAUILANI

LUCAS-TADEO, a minor age 6, a person who was less than fourteen years old, by

inserting his penis and/or any part of his body and/or an object into KAUILANI LUCAS-

TADEO's anal opening, thereby committing the offense of Sexual Assault in the First

Degree, in violation of Sections 707-730(1)(b) and 706-660.2, Hawai'i Revised Statutes,

as amended.

Dated:  Hilo, Hawai'i, _____JUN   7 2005_____.

_____

CHARLENE Y. IBOSHI
First Deputy Prosecuting Attorney