IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>       Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>       Defendants. | CIVIL NO. 04-00418 ACK/BMK (Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2006, a true and correct copy of the Supplemental Declaration of Patricia Kehau Wall in Support of Plaintiff Allstate Insurance Company's Motion for Summary Judgment; Exhibits "4" and "5" was duly served upon the following by delivering in the following manner at

their last known address:

*Served Electronically Through CM/ECF*

| | | |
|---|---|---|
| Keith K. Hiraoka | khiraoka@rlhlaw.com | on March 29, 2006 |
| Joy A. San Buenaventura | joyesq@gmail.com | on March 29, 2006 |

DATED:   Honolulu, Hawaii, March 29, 2006.

_____
RICHARD B. MILLER
PATRICIA KEHAU WALL

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY