IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>an Illinois corporation, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>MARK DANIEL DAVIS; ELLEN )<br>PEARL DAVIS; and MARK DAVIS, )<br>JR., a minor, )<br>)<br>      Defendants, )<br>)<br>  and )<br>)<br>GEORGE TADEO and TUMATA )<br>TADEO, )<br>)<br>      Intervenors. )<br>_____) | Civ. No. 04-00418 (ACK/BMK) |

**ORDER GRANTING LEAVE TO FILE MEMORANDUM IN RESPONSE TO
PLAINTIFF'S MARCH 29, 2006 SUPPLEMENTAL FILING**

      On March 29, 2006, pursuant to the Court's direction, Plaintiff filed a Supplemental Declaration of Counsel Patricia K. Wall with the following exhibits: 1) a certified copy of the Criminal Complaint in Cr. No. 05-1-0182 filed in the Circuit Court of the Third Circuit for the State of Hawaii; and 2) a certified copy of the Criminal Judgment in the same matter.  Any party may, if it so wishes, file an argument with respect to the same, provided that the response is not more than five pages and must be filed by April 11, 2006.

```
IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 4, 2006.
```



```
                              _____
                              Alan C. Kay
                              Sr. United States District Judge
```

ALLSTATE INSURANCE COMPANY v. DAVIS, Civ. No. 04-00418 ACK/BMK, ORDER GRANTING LEAVE TO FILE MEMORANDUM IN RESPONSE TO PLAINTIFF'S MARCH 29, 2006 SUPPLEMENTAL FILING