# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

*Served Electronically through CM/ECF:*

| | | |
|---|---|---|
| Richard B. Miller | rmiller@tpm-hawaii.com | 10 April 2006 |
| Patricia Kehau Wall | kwall@tpm-hawaii.com | 10 April 2006 |
| Joy A. San Buenaventura | joyesq@gmail.com | 10 April 2006 |

*Served by First Class Mail:*

Ellen Pearl Davis    (on March 10, 2006)
PO Box 38754
Detroit, MI  48238

*Served by hand-delivery:*

N/A

*Dated:*  Honolulu, Hawaiʻi, Monday, April 10, 2006.

/s/ Keith K. Hiraoka
KEITH K. HIRAOKA
Attorney and Guardian *ad Litem*
for Defendant MARK DAVIS, JR.