IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>Defendants. | CIVIL NO.  04-CV-418<br>(Declaratory Judgment)<br><br>DECLARATION OF RICHARD B. MILLER |

**DECLARATION OF RICHARD B. MILLER**

RICHARD B. MILLER, pursuant to Rule 7(g) of the Rules of the Circuit Courts of the State of Hawaii, as amended, hereby declares as follows:

1. He is an attorney licensed to practice law in the State of Hawaii and is an attorney representing Defendant ALLSTATE INSURANCE COMPANY (hereinafter referred to as "Allstate") in the above-entitled action.

2. Attached hereto as exhibit A is a true and accurate copy of the Notice of Motion; Motion for Summary Judgment; Memorandum of Points and Authorities; Exhibit "A"; Certificate of Service filed in <u>Northern Insurance Company of New York v. Shane Kaleo Hirakawa, et al</u>, Civil No. 01-00007 SPK/BMK, United States District Court, which declarant obtained from the Court records at the United States District Court, District of Hawaii.

I, RICHARD B. MILLER, do declare under penalty of law that

the foregoing is true and correct.

       DATED:   Honolulu, Hawaii, April 11, 2006.

                                        */s/ Richard B. Miller*
                                  RICHARD B. MILLER