IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>        Plaintiff,<br><br>   vs.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>        Defendants. | CIVIL NO.  04-CV-418<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2006, a true and correct copy of Plaintiff's Memorandum Re: Plaintiff's Supplemental Filing was duly served upon the following by delivering in the following manner at their last known address:

| | | |
|---|---|---|
| Keith K. Hiraoka | khiraoka@rlhlaw.com | on 4/11/06 |
| Joy A. San Buenaventura | joyesq@gmail.com | on 4/11/06 |

DATED:   Honolulu, Hawaii, April 11, 2006.

_____
RICHARD B. MILLER
Attorney for Plaintiff