IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>   Plaintiff,<br><br> v.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; and MARK DAVIS, JR., a minor,<br><br>   Defendants,<br><br> and<br><br>GEORGE TADEO and TUMATA TADEO,<br><br>   Intervenors. | Civ. No. 04-00418 (ACK/BMK) |

### ORDER GRANTING LEAVE TO FILE REBUTTAL EVIDENCE

  On March 29, 2006, pursuant to the Court's direction, Plaintiff filed a Supplemental Declaration of Counsel Patricia K. Wall with the following exhibits: 1) a certified copy of the Criminal Complaint in Cr. No. 05-1-0182 filed in the Circuit Court of the Third Circuit for the State of Hawaii; and 2) a certified copy of the Criminal Judgment in the same matter.  By Order filed April 4, 2006, the Court ruled that any party may, if it so wishes, file an argument with respect to the same.  All parties filed responsive arguments.

The Court will now permit the Defendant and Intervenors, if either or both of them so wishes, to submit any rebuttal evidence to the Criminal Judgment and Criminal Complaint; provided that any such submission must be filed by April 26, 2006.  See <u>Asato v. Furtado</u>, 52 Haw. 284, 292 (1970).

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 19, 2006.



_____
Alan C. Kay
Sr. United States District Judge

<u>ALLSTATE INSURANCE COMPANY v. DAVIS, Civ. No. 04-00418 ACK/BMK, ORDER GRANTING LEAVE TO FILE REBUTTAL EVIDENCE</u>