JOY A. SAN BUENAVENTURA
Attorney at Law, A Law Corporation
101 Aupuni Street, Suite 311
Hilo, HI 96720
Telephone: (808) 961-2131

Attorney for Intervenors

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE, | CIVIL NO. 04-CV-418 |
| Plaintiff, | DECLARATION OF THOMAS TSUCHIYAMA; EXHIBIT "A" |
| vs. | |
| MARK DANIEL DAVIS, et al. | Judge:   Hnr. Alan C. Kay |
| Defendants. | |

## DECLARATION OF THOMAS TSUCHIYAMA

I, THOMAS TSUCHIYAMA, hereby declare as follows:

1. I am the attorney for Defendants in <u>Tadeo, et al. v. Davis, et al.</u>, Civil No. 03-1-0260, in the Circuit Court of the Third Circuit, State of Hawaii.

2. I make this Declaration based upon my own personal knowledge of the matters herein set forth.

3. Attached hereto as Exhibit "A" is a true and correct copy of <u>Defendant Ellen Pearl Davis' Response to Plaintiffs' First Request for Answers to Interrogatories and for Production of Documents to Defendant Ellen Pearl Davis, Dated 8/25/04</u>, served on the attorney for George and Tumata Tadeo, Intervenors, herein.

4. Although Ellen Pearl Davis did not sign the original of Exhibit "A", the responses therein are her responses and she understood at the time she provided the responses to me that she was responding to Plaintiff's First Request for Answers to Interrogatories and for Production of Documents under oath.

I declare under penalty of law that the foregoing is true and correct.

Executed on April 25, 2006.

_____
THOMAS TSUCHIYAMA