JOY A. SAN BUENAVENTURA 3602
Attorney At Law
A Law Corporation
101 Aupuni Street, Suite 311
Hilo, Hawaii 96720
Telephone: (808) 961-2131

Attorney for George and Tumata Tadeo

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MARK DANIEL DAVIS, et al.<br><br>Defendants. | CIVIL NO. 04-CV-418<br><br>CERTIFICATE OF SERVICE.<br><br>Judge:   Hnr. Alan C. Kay |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2006, a true and correct copy of DECLARATION OF THOMAS TSUCHIYAMA, EXHIBIT "A" were duly served upon the following by delivering in the following manner at their last known address:

*Served Electronically Through CM/ECF*

Richard B. Miller   rmiller@tmp-hawaii.com      on April 26, 2006
Keith K. Hiraoka    khiraoka@rlhlaw.com         on April 26, 2006.

1

2

**Served by U.S. Mail to**

Ellen Pearl Davis
PO Box 38754
Detroit, MI 48238                                                on April 26, 2006

    DATED:  Hilo, Hawaii,April 26, 2006.


                                           ____/s/ Joy A. San Buenaventura____
                                               JOY A. SAN BUENAVENTURA