AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff(s),<br><br>V.<br><br>MARK DANIEL DAVIS; ELLEN PEARL DAVIS; AND MARK DAVIS, JR., A MINOR<br><br>Defendant(s)<br><br>and<br><br>GEORGE TADEO AND TUMATA TADEO,<br><br>Intervenors. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 04-418 ACK-BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 1, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Allstate Insurance Company pursuant to the "Order Granting Plaintiff's Motion for Summary Judgment" filed on May 1, 2006 and ordered by the Honorable Alan C. Kay on April 28, 2006.

cc: all attorneys and/or parties of record

| | |
|---|---|
| _____May 1, 2006_____<br>Date | _____SUE BEITIA_____<br>Clerk<br><br>_____/s/_____<br>(By) Deputy Clerk |