## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 1, 2006

TO ALL COUNSEL

Re: CV 04-418 ACK-BMK
ALLSTATE INSURANCE COMPANY, an Illinois corporation vs. MARK DANIEL DAVIS; ELLEN PEARL DAVIS; AND MARK DAVIS, JR., A MINOR

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on May 1, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

cc: all counsel and/parties of record